UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


| | |
|---|---|
| **MICHELLE ROBINSON,** | : |
| **Parent and next of friend,** | : |
| **C.R., a minor** | : |
| **909 4th Street, N.E.** | : |
| **Washington, DC 20002** | : |
| **Plaintiff** | : |
| | : |
| v. | : |
| | : |
| **DISTRICT OF COLUMBIA** | :    **Civil Action No:** |
| **A Municipal Corporation** | : |
| **One Judiciary Square** | : |
| **441 Fourth Street, N. W.** | : |
| **Washington, D.C. 20001** | : |
| | : |
| serve: | : |
| **ADRIAN FENTY, Mayor** | : |
| **District of Columbia** | : |
| **1350 Pennsylvania Avenue, N. W., 5th Fl.** | : |
| **Washington, D.C. 20002** | : |
| | : |
| **EUGENE A. ADAMS** | : |
| **Interim Attorney General** | : |
| **1350 Pennsylvania Avenue, N. W., Ste. 409** | : |
| **Washington, D.C. 20004** | : |
| and | : |
| | : |
| **DR. CLIFFORD JANEY(officially)** | : |
| **Superintendent, D.C. Public Schools** | : |
| **825 North Capitol St., N. E., Suite 9026** | : |
| **Washington, D.C. 20002** | : |
| | : |
| **Defendants** | : |


## COMPLAINT FOR DECLARATORY JUDGMENT, INJUNCTIVE AND OTHER RELIEF

COMES NOW, the Plaintiff, by and through her attorneys, Tilman L. Gerald, Roxanne D. Neloms, and the Law Offices of James E. Brown & Associates, P.L.L.C, and respectfully unto this Honorable Court as follows:

**JURISDICTION**

1.     That jurisdiction is vested in this Honorable Court pursuant to the Individuals with

Disabilities Education Act ("IDEA"), 20 U.S.C. Sections 1400-1461; 29 U.S.C. Sections 794; 42

U.S.C. Section 1983; 28 U.S.C. Section 1331 and 1343 and 5 D.C. Municipal Regs. Sections 3000.1

et seq.

2.     That declaratory relief is authorized by 28 U.S.C. Sections 2201; 2202.

3.     That venue is proper in this Court pursuant to 28 U.S.C. Section 1391 as all the parties are

       residents of the District of Columbia.

**PARTIES**

4.     That Plaintiff Michelle Robinson is the parent and next of friend of C.R., a minor, and

       initiates this cause of action on behalf of C.R.

5.     That C.R. was born on December 31, 1995 and is now and at all times relevant to the filing

       of this suit, has been a resident of the District of Columbia.

6.     That Defendant the District of Columbia Government is a municipal corporation that

       receives federal funds pursuant to the Individuals with Disabilities Education Improvement

       Act ("IDEIA"), to ensure access to a free and appropriate education ("FAPE") to children

       with disabilities in the District of Columbia and is obligated to comply with the applicable

       federal statutes and regulations  including but not necessarily limited to the IDEIA.

7.     That Defendant, Clifford B. Janey, Ed. D, being sued in his official capacity as the

       Superintendent of the District of Columbia Public School System ("DCPS") which is the

       State Educational Agency ("SEA"), charged with responsibility of ensuring that all disabled

       children in the District of Columbia receive access to a free and appropriate public

       education "FAPE" and to ensure them equal protection and due process of law.

**FACTUAL BACKGROUND**

8.  That on November 29, 2004, C.R. was been identified as a learning disabled student within the District of Columbia Public Schools System. *(See Exhibit 6, 11/29/04 IEP)*.

9.  That C.R.'s November 29, 2004 IEP provided that she was to receive fifteen (15) hours of specialized instruction, thirty(30) minutes of speech and language services, and one hour and fifteen minutes of psychological consultation on a weekly basis. *(See Exhibit 6, 11/29/04 IEP)*.

10. That C.R.'s November 3, 2005 IEP reduced the number hours of specialized instruction she was to receive from fifteen (15) per week to ten (10) per week even though Ms. Robinson stated that she had concerns with respect to C.R.'s academic progress in math. *(See Exhibit 7, 11/03/05 IEP)*.

11. That at the November 3, 2005 IEP meeting, the Multi-Disciplinary Team (MDT) failed to address C.R.'s entitlement to Extended School Year Services and further failed to reconvene prior to the end of the school year to determine her entitlement as well. *Id.*

12. That counsel for the Plaintiff forwarded a letter to the Special Education Coordinator's office on July 14, 2006 seeking confirmation that "pull out speech and language services" had been terminated as of December 2005. ( *See Exhibit 3, July 14, 2006 Letter)*.

13. That Plaintiff filed an administrative due process hearing request was filed alleging that the Defendant 1) failed to discuss C.R.'s entitlement to Extended School Year services; 2) failed to provide related services in speech language services and counseling services; and 3) whether this acts resulted in C.R. being denied access to a free and appropriate education. *(See Exhibit 1, July 14, 2006 Administrative Due Process Hearing Complaint)*.

*14.*    That on September 12, 2006, the parties appeared at a resolution meeting, but the issues for which Plaintiff sought resolution in her Due Process Complaint were not resolved.    *(See Exhibit 5, July 14, 2006 Administrative Due Process Hearing Complaint)*.

15.    That at the September 12, 2006, MDT/IEP meeting, the number of hours of specialized instruction that C.R. was to receive was as follows: ten (10) hours a week in specialized instruction, one (1) hour a week of speech and language instruction, and one (1) hour a week in social work services. *(See Exhibit 8, 9/12/06 IEP)*.

16.    That at the September 20, 2006 hearing, Hearing Officer Frederick Woods granted the Defendant's motion for a directed verdict and further reshaped the issue as "Did DCPS violate the Individuals with Disabilities Education Improvement Act (IDEIA) at 20 U.S.C 14000 et seq. and deny C.R. a Free and Appropriate Public Education (FAPE) by failing to develop and implement a Compensatory Education Plan for C.R.? *(See Exhibit 2, October 2006 Hearing Officer's Determination)*.

17.    That Hearing Officer Frederick Woods indicated that since the Defendant stated it would double up on the services at a July 2006 Resolution Meeting, the Defendant had met its obligation(s) to provide special education services that it had failed to provide C.R. pursuant to her 11/03/05 IEP. *Id.*

## COUNT I

18.    That Plaintiff re-alleges and incorporates by reference paragraphs (one) 1- seventeen (17) as though set forth in their entirety.

19.    That at the October 2006 Administrative Due Process hearing the Hearing Officer failed to rule on the three (3) issues that were presented for resolution in Plaintiff's Due Process Complaint.

20. That in the Hearing Officer's Determination of October 3, 2006, the Hearing Officer makes findings and rules on the issue of compensatory education, an issue that was not raised by the Plaintiff at any stage of the administrative proceedings.

21. That the Hearing Officer's Determination of October 3, 2006, is facially defective as the Hearing Officer based his findings and ruling upon facts that were not in the record.

22. That the Plaintiff did not attend a BLMDT/Meeting nor did she meet with the Defendant in July 2006 and at not time relevant hereto, did Plaintiff discuss, agree, consent to or otherwise enter into agreement whereby the Defendant would double the counseling services that C.R. was to receive pursuant to her 11/03/05 IEP.

## COUNT II

23. That Plaintiff re-alleges and incorporates by reference the allegations contained in paragraphs one (1) through twenty-two (22) as though set forth in their entirety.

24. That the Hearing Officer improperly delegated authority to the BLMDT to make a decision with respect to fashioning a remedy for the failure of the Defendant to provide extended school year services to C.R. as prescribed by her IEP. *(See Exhibit 2, Hearing Officer's Determination dated October 3, 2006)*.

25. That the Hearing Officer violated existing and applicable case laws governing the obligation and duty of Hearing Officers to make determination themselves concerning developing and shaping remedies to account for default by the LEA in providing special education services and benefits to students such as C.R.

## COUNT III

26. The Plaintiff re-alleges and incorporates by reference the allegations contained in paragraphs one (1) through twenty-five (25).

27. That the Plaintiff did not raise compensatory education as an issue in her Due Process
Complaint.

28. That the Hearing Officer improperly posited upon Plaintiff the duty and/or burden of showing
that the compensatory education services that were properly sought by the Plaintiff were
"...reasonably calculated to provide the educational benefits that likely would have accurred
from special educational benefits the school districts should have supplied in the first place..."
*(See Exhibit 2, Hearing Officer's Determination dated October 3, 2006).*

29. That the Hearing Officer misconstrued and misapplied the holding of court's ruling in *Reid v.
District of Columbia*, 401 F.3d 516 (D.D.C. 2005). *(Id.)*.

30. That the Hearing Officer erred when he found that the Plaintiff failed to sustain her burden
and by granting the Defendant's motion for a directed finding. *(Id.)*

31. That the October 3, 2006 HOD further failed to make findings and also to address the reasons
the Defendant only provided C.R. with six (6) hours of speech and language therapy and
forty-five (45) minutes of counseling for the 2005-2006 school year, thereby failing to
implement C.R.'s IEP as drafted.

32. That C.R.'s IEP had not been implemented as the services had not been provided and that
C.R.'s IEP remained the same from one year to the next.

33. That the Hearing Officer erred in finding that no denial of FAPE occurred, despite his ruling
on page six (6) of his determination that DCPS failed to provide the student with her special
education and related services through her IEP, and dismissed the complaint with prejudice.

**Wherefore**, the Plaintiff prays that this Court:

1. Enter an Order reversing the Hearing Officer's Decision of October 3, 2006, and issue a
decision finding that DCPS denied C.R. access to a FAPE by: 1) failing to reconvene the
student's MDT Meeting to determine the student's right to receive Extended School Year

Services subsequent to the 2005-2006 School Year; 2) by failing to implement C.R.'s IEP and

provide her with her necessary counseling and speech and language services; 3) failing to issue a

hearing officer's decision resolving all of the issues contained in the parent's administrative due

process hearing request of July 14, 2006; and 4) issuing a hearing officer's determination that

makes findings of facts that are not supported by the evidence in the record;

2.      Award Plaintiff's attorney fees and costs of this action; and

3.      Award any other relief that the Court deems just and proper.

Respectfully submitted,

Tilman L. Gerald No. [928796]
Roxanne D. Neloms  No. [478157]
James E. Brown & Associates, PLLC
1220 L Street, N. W., Suite 700
Washington, DC 20005
(202)742-2000 (Tele.)
Counsel for Plaintiff

# EXHIBIT 1

*State E. ... n Agency for the District of Colu. ...*
***State Enforcement and Investigation Division (SEID)***
***Special Education Programs***



### *Due Process Complaint Notice*

- The form is used to give notice of a due process complaint to the **District of Columbia Public Schools, District of Columbia Public Charter Schools (DCPS or LEA) and/or parents** with respect to any matter relating to the identification, evaluation, or educational placement of a child with a disability, or the provision of a free appropriate public education to that child. **A party may not have a due process hearing until the party, or the attorney representing the party, files a notice that meets the requirements of the Individuals wit**

- The due process complaint must describe an alleged violation that occurred not more than two (2) years before the date that the parent or school system knew or should have known about the alleged action that is the basis of the complaint.

- Notice must be provided to the Student Hearing Office for the DC Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, DC 20002; fax number 202/442-5556.

- Unless the other party agrees, the party requesting the due process hearing shall not be allowed to raise issues at the due process hearing that are not raised in this Due Process Complaint Notice. Therefore, please be thorough in providing the information requested.

- Prior to the opportunity for an impartial due process hearing, the Local Educational Agency (LEA) shall convene a meeting **(called a "Resolution Session")** with the parent(s) unless the parent(s) and the Local Educational Agency agree in writing to waive this meeting. You will be contacted by a representative of the Local Educational Agency to schedule the meeting. **The Student Hearing Office does NOT schedule resolution meetings**.

- Mediation is also available to all parties as an alternative to a resolution meeting or a Due Process Hearing.

**A.**  **INFORMATION ABOUT THE STUDENT:**

Name of the Student: **Courtney Robinson**    Date of Birth: **December 31, 1995**
Address: **909 4th Street, N.E. Washington DC 20002**
Home School: **Ludlow-Taylor Elementary School**
Present School of Attendance: **Same**

1

SEID DPCN Rev'd. 7/01/05

Is this a charter school? _____  (If yes, you must also _____ a copy of this notice to the charter school principal or director)

Parent/Guardian of the Student: **Ms. Michelle Robinson** _____

Address (if different from the student's above): underline{same} _____

**B.** **Legal Representative/Attorney:**

Name: **Roberta L. Gambale, Esq. ( James Brown and Associates, PLLC)** _____

Address: 1220 "L" Street, Suite 700, Washington, DC 20005 _____

Phone: (w) (202)742-2000 (ext. 2021) (Fax) (202) 742-2098      (e-mail)
Rgambale@jeblaw.biz

Will attorney / legal representative attend the resolution session?  **X** Yes           ☐ No

**C.** **Complaint Made Against (check all that apply):**

**X** DCPS school

**D.** **Resolution Session Meeting Between Parent/Representative and LEA:**

I understand that it is my right to have a resolution meeting to resolve this complaint. I also understand that I may voluntarily waive this right if I choose. (Note: All parties must agree to waive the resolution meeting to avoid having this meeting.)

The parent, by and through counsel, wishes to waive the Resolution Session Meeting for this process.

**E.** **Mediation Process:**

IDEIA requires that any time a party requests a due process hearing, mediation should be offered at no cost to the parent. Both parties can request mediation as an alternative to the Resolution Session Meeting or as an alternative to a Due Process Hearing. Please check all that apply:

**I am requesting an administrative due process hearing only.**

**F.** **Facts and Reasons for the Complaint:**

In accordance with the Individuals with Disabilities Education Improvement Act (IDEIA), please complete the following questions (attach additional pages if needed):

**I. Nature of the problem.**

**Background**

Courtney Robinson ( Hereinafter "C.R." is a ten (10) year old  learning disabled student who currently attends Ludlow-Taylor Elementary School.    Her    last Individualized Educational Program ("IEP") was developed on or about November 3, 2006 and significantly reduced services from previous years.

2

**Issues**

1. **District of Columbia Public Schools ("DCPS") failed to  reconvene to address this student's need for Extended School Year Services ("ESY")**

District of Columbia Public Schools ("DCPS") failed to reconvene an Multidisciplinary team prior to the conclusion of the 2005/2006 school year to address whether or not Extended School Year Services ("ESY") were appropriate for this student.  Failure to address C.R.'s need for ESY renders her current Individualized Educational Program ("IEP") incomplete.

According to Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 614(d)(1)(A), DCPS,  the local and state education agency, is to make certain that the each IEP for each  must contain a statement of the child's present level of academic achievement and functional performance, 2) a statement of the student's measurable annual goals, 3) a description of how the child's progress toward meeting the annual goals described in paragraph (2) of this subsection will be measured, and 4) any statement of the special education needs and related services and supplementary aides for a student to advance properly toward attaining the annual goals.  See Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 614(d)(1)(A).

Furthermore, DC Municipal Regulations require  that ESY be made available to each disabled student when the LEA , as part of the development of the student's IEP determines that said services are necessary.[1]  ESY services are his init extension of the student's education plan and should be considered annually for every child with a disability.[2] Often such services are necessary to prevent regression and slow recoupment and enable a student to *"advance properly towards attaining annual goals".* [3]

C.R's needs for ESY were not addressed during the 2004/2005 school year as well, however parent was able to enroll C.R. in summer school program through DCPS. This year, while parent was able to enroll C.R. in a summer camp through DC Police Department, she is not getting academic instruction.  Furthermore, parent has incurred out of pocket expenses for the summer program.

 As a result, C.R.  has been denied a Free and Appropriate Public Education ("FAPE").

---

[1] See DCMR Section 3017.
[2] See 34 C.F.R. Section 300.309 (1997)
[3] See Alamo Heights Indepndent School District v. State Board of Education, EHLR 554:315 (5th Cir. 1986); Armstrong v. Line, EHLR 551:195 (E.D. PA 1979) ; Reusch v. Fountain, 21 IDELR 1107 (D. Md. 1994)

3

2. **District of Columbia Public Schools ("DCPS") failed to implement the student's IEP and/or provided related and/or instructional services.**

District of Columbia Public Schools ("DCPS") failed to implement the Individualized Educational Program ("IEP") for M.J. pursuant to Assistance to States for the Education of Children with Disabilities, 70 Fed. Reg. 35782, 35862-35864 (June 21, 2005) (to be codified at 34 C.F.R. pt. 300); and D.C. MUN. REGS. tit. 5, § (2003). Specifically, DCPS failed to provide speech and language therapy and/or counseling services pursuant to the requirements of the IEP drafted on or about November 3, 2005.

Pull-out speech and language services were terminated for C.R. on or about December 1, 2006. Counseling services have never been received by this student. According to C.R.'s IEP, she is supposed to be receiving 1 hour of speech therapy per week and 1 hour of counseling per week under her most recent program.

The Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 614(d)(1)(A). The Individuals with Disabilities Education Improvement Act of 2004 was promulgated for the purpose of ensuring :

> "*[T]hat all children with disabilities have available to them a free and appropriate public education that emphasizes special education and related services designed to meet their unique needs and prepare them for further education, employment, and independent living*"

By failing to provide related services on a consistent and regular basis as provided by this student's IEP, DCPS has failed to provide her with a Free and Appropriate Public Education.

## II. Issues presented.

- Whether District of Columbia Public Schools ("DCPS") failed to complete this students IEP and/or convene a meeting prior to the conclusion of the 2005/2006 school year to address ESY services for C.R.

- Whether District of Columbia Public Schools ("DCPS") failed to provided related speech therapy and/or counseling services for C.R. during the 2005/2006 school year?

- Whether this student has been denied a Free and Appropriate Education ("FAPE")?

## III. To the extent known to you at this time, how can this problem be resolved?

**WHEREFORE**, the guardian, by and through counsel, requests the following relief:

4

1. A finding that DCPS denied C.R. a Free and Appropriate Public Education ("FAPE") ;

2. That DCPS shall fund independent tutoring, speech and counseling services as an equitable remedy for denials of FAPE that have occurred and to help remediate the harm to this student and to assist the student with recoupment;

3. That DCPS agrees to pay counsel for the parent's reasonable attorney's fees in an amount not to exceed Four Thousand Dollars and Zero Cents ($4,000.00), as full payment of attorneys' fees and related costs incurred in the matter;

4. All meetings shall be scheduled through counsel for the parent, Roberta L. Gambale, Esq., in writing, via facsimile, at 202-742-2097 or 202-742-2098;

5. Provide the student with a due process hearing within 20 calendar days of a request on any issue arising out of the noncompliance with the DCPS' obligation hereunder, or any disagreement with the assessment, programming or placement the parent may have;

6. In the event that the DCPS shall fail to comply with the terms herein, then under the Conciliation Agreement, the parent shall have the authority to use self help without further notice to the DCPS, and initiate an IEP with the DCPS' invited participation, and unilateral placement in an interim school or educational program until such time the DCPS can come into compliance and properly assess, program and/or participate;

7. Provide counsel for the parent with copies, pursuant to 5 DCMR 3021.8, of all evaluation reports and all educational records on the student no later than sixteen (16) business hours prior to the convening of any meeting;

8. 19.. The DCPS shall ensure that this student has available a Free and Appropriate Public Education including special education, transportation (5 DCMR 3000.3), and Other related services as are defined at 34 C.F.R. 300.24, designed to meet this student's unique needs and preparation for employment and independent living;

9. That DCPS within ten (10) calendar days of the filing of this complaint, pursuant to the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(c)(2)(B), provide the parent's representative, Roberta L. Gambale, Esq., via facsimile, at 202-742-2097 or 202-742-2098, the following: i) an explanation of why DCPS proposed or refused to take the action raised in the complaint; ii) a description of other options that the IEP team considered and the reasons why those options were rejected, iii) a description of each evaluation procedure, assessment, record, or report the agency used as the basis for the proposed or refused action, and iv) a description of the other factors that are relevant to the agency's proposed or refused action;

10. That DCPS, in the event they fail to answer/respond to the issues alleged in the parent's administrative due process hearing complaint, within ten (10) calendar

5

days, the argume ... and facts as averred by the parent v ... deemed true and accurate and act as a waiver, on the part of DCPS, for their desire to have a Resolution Session Meeting, and the guardian's administrative due process hearing will be scheduled pursuant to the applicable timelines contained in the IDEIA;

11. That DCPS, within fifteen (15) calendar days of receiving the parent's complaint, pursuant to the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(c)(2)(C), respond to the parent's request alleging any insufficiency of notice.

12. That DCPS' failure to comply with the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(c)(2)(C), and allege any insufficiency of the administrative due process complaint, will constitute waiver on the part of DCPS to make such argument at any later date and time.

13. That DCPS, pursuant to the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(f)(1)(B), within fifteen (15) calendar days of receiving the parent's administrative due process complaint, shall contact the parent's representative, in writing, via facsimile, at 202-742-2097 or 202-742-2098, to schedule and convene a Resolution Session Meeting;

14. That DCPS, pursuant to the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(f)(1)(B), convene the Resolution Session Meeting, with the parent, the parent's representative, and all necessary/relevant members of the student's MDT/IEP Team that have specific knowledge about the child and the facts contained in the complaint. That the relevant members of the MDT/IEP Team that shall be present at the Resolution Session Meeting for the student shall include the following persons: 1) the student's special education teacher, 2) the student's regular education teacher, if applicable, 3) a representative of the local education agency with decision making authority, 4) a psychiatrist and/or clinical psychologist; 5) an occupational therapist; and/or 6) any person(s) who conducted any assessments on the student.

15. That DCPS' failure to timely schedule and convene the Resolution Session Meeting within the timeframe identified according to the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(f)(1)(B) constitute joint waiver between DCPS and the guardian to have such meeting and the forty-five (45) days timeline to schedule the student's administrative due process hearing and receive a timely decision will begin to run upon written notice, via facsimile, at 202-442-5556, to the DCPS Office of Student Hearings, by the parent's counsel; and

16. A finding that the parent is the prevailing party in this action.

6

G.    **Accommodations and Assistance Needed:**

- N/A

Dated this 14th Day of July,  2006

Roberta L. Gambale, Esq.,
James E. Brown & Associates, PLLC
1220 L Street, NW Suite 700
Washington, DC 20005
202-742-2021

**Mail, fax or deliver this complaint notices to:**
**State Enforcement and Investigation Division**
**For Special Education Programs (SEID)**
**Student Hearing Office (SHO)**
**825 North Capitol Street, NE, 8th Floor**
**Washington, DC  20002**
**Fax number: 202/442-5556**

7

# JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill | 1220 L Street, NW | Tilman L. Gerald |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Roxanne D. Neloms |
| Christopher L. West | Telephone: (202) 742-2000 | Omar Karram |
| | Facsimile: (202) 742-2098 | |
| ----------------------------------- | e-mail: Admin@Jeblaw.biz | ----------------------------------- |
| | | ! Admitted in Bolivia Only |

# FAX COVER SHEET

DATE:           **7/14/06**

TO:             **Ms. Sharon Newsome, DCPS Student Hearing Coordinator**

FAX NO.:        **(202)442-5556**

FROM:           **Roberta L. Gambale, Esq.**

SUBJECT:        **Due Process  Complaint for Courtney Robinson, DOB:  12/31/95**

NUMBER OF PAGES INCLUDING COVER SHEET:         **8**

COMMENTS:

The attached information is **CONFIDENTIAL** and is intended only for the use of the addressee(s) named above. If the reader of this message is not the intended recipient(s) or the employee or agent responsible for delivering the message to the intended recipient(s). Please note that any dissemination, distributions or copying of this communication is strictly prohibited. Anyone who receives this communication in error should notify us immediately by telephone and return the original message to us at the above address via the U.S. Mail.

```
********************
***   TX REPORT   ***
********************


TRANSMISSION OK

TX/RX NO              0984
RECIPIENT ADDRESS     94425556
DESTINATION ID
ST. TIME              07/14 16:45
TIME USE              01'03
PAGES SENT            8
RESULT               OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill | 1220 L Street, NW | Tilman L. Gerald |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Roxanne D. Neloms |
| Christopher L. West | Telephone: (202) 742-2000 | Omar Karram |
| | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

# FAX COVER SHEET

DATE:            **7/14/06**

TO:              **Ms. Sharon Newsome, DCPS Student Hearing Coordinator**

FAX NO :         **(202)442-5556**

FROM:            **Roberta L. Gambale, Esq.**

SUBJECT:         **Due Process Complaint for Courtney Robinson, DOB: 12/31/95**

NUMBER OF PAGES INCLUDING COVER SHEET:     **8**

COMMENTS:

# EXHIBIT 2



# District of Columbia Public Schools
## *State Enforcement Investigative Division*
## STUDENT HEARING OFFICE

825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



### *FACSIMILE SHEET*

Date: October 3, 2006

TO: Roberta Gambale

FROM: STUDENT HEARING OFFICE

RE: Robinson, Courtney

TOTAL NUMBER OF PAGES, INCLUDING COVER: 12

COMMENTS:

*CONFIDENTIALITY NTOICE*: The information accompanying this facsimile is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the content of this telecopied information is strictly prohibited.

# District of Columbia Public Schools
## State Enforcement & Investigation Division
### Confidential

**FREDERICK E. WOODS**, Esq., Due Process Hearing Officer
825 North Capitol Street, N.E., 8th Floor
Washington, D.C. 20002
Facsimile: (202) 442-5556

| | | |
|---|---|---|
| **In the Matter of** | ) | **IMPARTIAL** |
| | ) | **DUE PROCESS HEARING** |
| **Courtney Robinson** | ) | |
| **Date of Birth**: 12/31/95 | ) | |
| Petitioner, | ) | **DECISION AND ORDER** |
| | ) | |
| vs. | ) | Hearing Request: July 14, 2006 |
| | ) | **Hearing Date: September 20, 2006** |
| The District of Columbia Public Schools, | ) | Held at: 825 North Capitol Street, N.E. |
| Home School: Ludlow-Taylor E. School | ) | Eighth Floor |
| | ) | Washington, D.C. 20002 |
| Respondent. | ) | |

| | |
|---|---|
| **Parent:** | **Michelle Robinson, Mother**<br>**904 4th Street, N.W.**<br>**Washington, D.C. 20002** |
| **Counsel for the Parent/Student:** | **Roberta Gambale, Esq.**<br>**James E. Brown & Associates, PLLC**<br>**Attorneys at Law**<br>**1220 L Street N.W., Suite 700**<br>**Washington, D.C. 20005** |
| **District of Columbia Public Schools:** | **Tiffany S. Puckett, Esq.**<br>**Attorney Advisor**<br>**Office of the General Counsel, DCPS**<br>**825 North Capitol Street, N.E., 9th Floor**<br>**Washington, D.C. 20002** |

1

## I.    JURISDICTION

The Due Process Hearing was convened and this Order written pursuant to Public Law 108-446, the Individuals with Disabilities Education Improvement Act of 2004, 20 U.S.C. §§ 1400 et seq.; 34 C.F.R. §§ 300 et seq.; 5 D.C.M.R. §§ 3000 et seq.; and Section 143 of the D.C. Appropriations Act, effective October 21, 1998.

## II.    DUE PROCESS RIGHTS

Parent's counsel waived a formal reading of the due process rights.

## III.    FIVE-DAY DISCLOSURES

Petitioner:    Admitted, without objection, a disclosure letter filed on 09/13/06 that lists six witnesses and attached twenty-five exhibits sequentially labeled and tabbed CR-01 through CR-25. One witness was present: Corey Hamilton, education advocate. One witness participated for part of the hearing by-phone: the student's mother.

Respondent:    Admitted, without objection, a disclosure letter filed on 09/13/06 that lists nineteen witnesses and attached two exhibits sequentially labeled DCPS-01 and DCPS-02. No witnesses were present or called to testify.

## IV.    STATEMENT OF THE CASE

Courtney Robinson (C.R.), born 12/31/95, age 10-years 10-months, is a child with a disability receiving a special education and related services as a 6th grade 32% out-of-general education, Specific Learning Disabled (SLD) student at Ludlow-Taylor Elementary School in the District of Columbia. (R. at DCPS-02.)

Parent's counsel Roberta Gambale alleged in the parent's 07/14/06 Due Process Hearing Request that DCPS violated the IDEIA and denied C.R. a Free Appropriate Public Education (FAPE) by failing to implement her IEP by not providing her Counseling and Speech-Language Services; and failing to offer her Extended School Year Services during summers 2005 and 2006. (R. at CR-02.) As relief the parent sought Compensatory Education in the form of an unspecified amount of tutoring; and an unspecified amount of Counseling and Speech-Language services. (R. at CR-02.)

The DCPS Student Hearing Office scheduled the Due Process Hearing for 1:00 p.m., Wednesday, September 20, 2006 at DCPS Headquarters, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. The hearing convened as scheduled.

Attorney Advisor Tiffany S. Puckett appeared in-person for DCPS. Attorney Roberta Gambale appeared in-person representing C.R. who was not present; and her mother who also was not present but participated in part of the hearing by-phone.

## V.    PRELIMINARY MATTER:

After completing the testimony of parent counsel's case-in-chief—that consisted of two witnesses—DCPS made an oral Motion for Directed Verdict on the grounds the parent did not meet their burden of proof as to why C.R. required ESY services; and failed to meet the <u>Reid</u> case burden of proof for an award of Compensatory Education. After hearing arguments for and against the Motion, it was granted based on the record evidence on the relief for Compensatory Education; and the hearing officer reserved deciding the Motion on the issue of ESY services.

Once ruling on the Motion, parent's counsel raised an objection to the ruling stating "I know how you rule." Based on that comment the hearing officer once again summarized the basis for the ruling, and how that ruling was made consistent with the existing case law. Despite that summary, parent's counsel continued to challenge the ruling. The tone of voice and manner of the challenge combined with the words stated was considered by the hearing officer to be disrespectful to the integrity of the due process hearing; a possible violation of the D.C. Rules of Profession Conduct; and the DCPS Standard Operating Procedures (SOP).

D.C. Professional Conduct Rule 3.5, Impartiality and Decorum of the Tribunal, states, in pertinent part, "A lawyer shall not … (c) engage in conduct intended to disrupt a tribunal."

And DCPS SOP § 206 Civility and Decorum states:

> All parties and counsel involved in Special Education Due Process Hearing, including hearing officers, are expected to act with respect and decorum. Rude, offensive, and unprofessional conduct such as inappropriate language, angry outbursts, and threatening statements directed at any other person or party is absolutely prohibited. All attorneys are governed by the D.C. Rules of Professional Conduct. The hearing officer has the responsibility for maintaining the integrity and orderly conduct of the hearing process, ensuring that the rights of all parties are protected, and maintaining an atmosphere conducive to impartially and fairness at all times. When appropriate, the hearing officer may exclude any person, halt or suspend a hearing, consider a referral to Bar Counsel and/or summon appropriate law enforcement authorities to address any inappropriate conduct or misbehavior by any person that disrupts the hearing.

After granting in-part DCPS' Motion for Directed Verdict, pursuant to SOP § 206, the hearing officer suspended the due process hearing based on parent counsel's conduct, and informed parent's counsel that the hearing officer would refer the inappropriate conduct matter to Bar Counsel. Here now are the reasons for granting the directed verdict.

## VI.    SUMMARY OF THE EVIDENCE

The parties' five-day disclosure exhibits and the testimony of two witnesses: the student's mother, and the student's education advocate, are relied on to reach this decision. These admitted exhibits are probative on the issue in this case:

1.  CR-02            The 07/14/06 Due Process Hearing Request filed by Parent
2.  CR-06            The 11/03/05 IEP
3.  CR-08; DCPS-02 The 09/12/06 IEP
4.  CR-22            The SY 2005-06 Speech-Language Service Logs
5.  CR-23            The SY 2005-06 Counseling Service Logs

### Issue

Did DCPS violate the Individuals with Disabilities Education Improvement Act (IDEIA) at 20 U.S.C. §§ 1400 et seq. and deny C.R. a Free Appropriate Public Education (FAPE) by failing to develop and implement a Compensatory Education Plan for C.R.?

### Answer

No. DCPS did not deny C.R. a FAPE pursuant to the IDEIA because Compensatory Educations is relief granted only by the court and a hearing officer; and the parent did not meet her burden of proof for an award of Compensatory Education under the Reid standard set by the District of Columbia Court of Appeals.

## VII.    FINDINGS OF FACT:

1.            Courtney Robinson (C.R.), born 12/31/95, age 10-years 10-months, is a child with a disability receiving a special education and related services as a 6th grade 32% out-of-general education, Specific Learning Disabled (SLD) student at Ludlow-Taylor Elementary School (Ludlow-Taylor ES) in the District of Columbia. (R. at DCPS-02.)

2.            C.R's 09/12/06 IEP calls for her to receive these special education services:

4

a. Specialized Instruction    10-hours/week;
b. Psychological Counseling   1-hour/month; and
c. Social Worker Services     1-hour/month.
(R. at CR-08.)

3.      C.R's 11/03/05 IEP calls for her to receive these special education services:

a. Specialized Instruction    5-hours/week;
b. Psychological Counseling   1-hour/month, and
c. Social Worker Services     1-hour/month.
(R. at CR-06.)

4.      According to the credited testimony of the student's mother that was contradicted, in-part, by her educational advocate's testimony:

a. At the student's July 2006 BLMDT/Meeting, DCPS agreed to double the student's Speech-Language and Counseling services called for in her school year 2006-07 IEP.

5.      In contrast, according to the testimony of the student's education advocate that was contradicted, in-part, by the mother's testimony:

a. At the student's July 2006 BLMDT/Meeting, DCPS agreed to double the student's Counseling services called for in her IEP for the 2006-07 school year; and DCPS did not discuss Speech-Language services.

b. C.R.'s BLMDT did, however, agree to monitor her progress in Speech Therapy to determine if additional speech services were needed.

6.      The parent, however, did not provide any evidence regarding how the sought for services were "reasonably calculated to provide the educational benefits that likely would have accrued [to C.R.] from special education services the school district should have supplied [her] in the first place." Reid, 401 F.3d at 524.

7.      Based on these findings, DCPS' Motion for Directed Verdict was granted on the parent's requested relief for Compensatory Education.

## VIII. DISCUSSION and CONCLUSIONS OF LAW:

### I

**DCPS is required to make a FAPE available to all children with disabilities within the jurisdiction of the District of Columbia.**

The IDEIA at 20 U.S.C. § 1400 et seq. and 5 D.C.M.R. § 3000.1 (2003) requires DCPS to fully evaluate every child suspected of having a disability within the jurisdiction of the District of Columbia, ages 3 through 22, determine their eligibility for special education and related services and, if eligible, provide special education and related services through an appropriate IEP and Placement.

DCPS did not meet its legal obligation under the IDEIA. Here is why.

1. Pursuant to 5 D.C.M.R. § 3002.1, LEA Responsibility, "[t]he services provided to the child must address all of the child's identified special education and related services needs and must be based on the child's unique needs and not on the child's disability."

2. Pursuant to 5 D.C.M.R. § 3013.1(e), Placement, "[t]he LEA shall ensure that the educational placement decision for a child with a disability is ...based on the child's IEP."

3. Pursuant to 34 C.F.R. § 300.501(c), Parental Involvement in Placement Decisions, "[e]ach public agency shall ensure the parents of each child with a disability are members of any group that makes decisions on the education placement of their child."

4. Pursuant to 5 D.C.M.R. § 3025, Procedural Safeguards—Prior Written Notice, DCPS shall provide written notice to the parent of a child with a disability before it proposes...an educational placement of the child.

5. Pursuant to the IDEIA at 20 U.S.C. § 1414 (d) (A), (B) Requirement that Program be in Effect—

    1. At the beginning of each school year, each local educational agency ... shall have in effect for each child with a disability in the agency's jurisdiction an IEP.

6. DCPS complied with these cited IDEIA obligations based on the parents 07/14/06 hearing request because C.R. has a current IEP and placement; and there was no challenge to the appropriateness of her IEP and placement.

7. The claim is that C.R. did not receive her IEP called for services during the 2005-06 school year. In light of that claim, however, the student's mother testified that at C.R.'s July 2006 BLMDT/Meeting, DCPS agreed to double the student's Speech-Language and Counseling services called for in her 2006-07 IEP. Even though her testimony is contradicted, in part, by the testimony of C.R.'s education advocate, the mother's testimony is credited based on her calm demeanor and non-hesitant response to questions.

6

8. However, despite that agreement the parent reached with DCPS she proceeded to a due process hearing on the claim that DCPS did not develop a Compensatory Education Plan for C.R. So based on that claim, the mother is required to meet the <u>Reid</u> test for the hearing officer to award Compensatory Education. Here is why.

9. As to the parents' claim for Compensatory Education, pursuant to <u>Reid v. District of Columbia</u>, 401 F.3d 516, 522 (D.C. 2005), "Under the theory of 'compensatory education' Courts and hearing officers may award educational services ... to be provided prospectively to compensate for a past deficient program."

10. "The ultimate award must be reasonably calculated to provide the educational benefits that likely would have accrued from special education services the school district should have supplied in the first place." <u>Reid</u>, 401 F.3d at 524.

11. Joining sister circuits, the District of Columbia Circuit Court held that "Compensatory Education awards fit comfortably within the 'broad discretion' of courts fashioning and enforcing IDEA remedies, see <u>Florence County Sch. Dist. Four v. Carter</u>, 510 U.S. 7, 15-16 (1993)." <u>Reid</u>, 401 F.3d at 523.

12. In sum, the <u>Reid</u> decision expressly states that courts and hearing officers may award Compensatory Education. <u>Reid</u>, 401 F.3d at 522. However, a BLMDT, as required under the IDEIA, includes LEA and SEA representatives who are employees of the state, who, under the IDEIA, cannot conduct due process hearings. So if a hearing officer ordered a BLMDT to decide the parent's Compensatory Education claim, that team is being ordered to engage in a function reserved to courts and hearing officers. And, according to <u>Reid</u>, "under the statute [IDEIA] a hearing officer may not delegate his authority to a group that includes an individual specifically barred from performing the hearing officer's functions." <u>Reid</u>, 401 F.3d at 526.

13. Consequently, in the absence of an agreement between the parties that a certain type, form and amount of Compensatory Education services are warranted, Compensatory Education is not an appropriate subject of discussion for a BLMDT pursuant to a hearing officer's decision. Therefore, a BLMDT is not being ordered to decide Compensatory Education services.

14. Therefore, the parent had the burden to prove her child should be awarded Compensatory Education as part of a hearing officer's decision. But that burden was not met.

15. Based on this hearing record, the parent reached an agreement in July 2006 with DCPS to double the student's one-hour/month Counseling and Speech-Language services for the 2006-07 school. The school year began on August 28, 2006. So when the student's 07/14/06 hearing request was filed there were no missed services for this school year.

16. But instead of continuing to work with DCPS to effectuate that agreement, the parent elected to pursue that same relief at a due process hearing. At that point the <u>Reid</u> test must be met. And in this case it was not met.

17. That is because the parent provided no evidence regarding how the sought for services were "reasonably calculated to provide the educational benefits that likely would have accrued from special education services the school district should have supplied in the first place." <u>Reid</u>, 401 F.3d at 524.

18. Instead, the parent's case was that DCPS agreed to provide make up services for C.R. but did not. That offer of proof does not comply with <u>Reid</u> case for a hearing officer's award of Compensatory Education.

19. So based on this hearing record, there exists no evidence supporting the parent's claim that C.R. was denied a FAPE as it is defined under the IDEIA and case law for the requested relief of Compensatory Education.

20. And pursuant to 5 D.C.M.R. § 3030.3, "The burden of proof shall be the responsibility of the party seeking relief; either the parent or guardian of a child or the LEA. Based solely upon the evidence presented at the hearing, an impartial hearing officer shall determine whether the party seeking relief presented sufficient evidence to meet the burden of proof that the action and/or inaction or proposed placement is adequate or inadequate to provide the student with a Free Appropriate Public Education (FAPE)."

21. The parent did not meet its burden in this case because there was no evidence presented at the due process hearing about how the sought for Compensatory Education services were "reasonably calculated to provide the educational benefits that likely would have accrued from special education services the school district should have supplied in the first place." <u>Reid</u>, 401 F.3d at 524.

Therefore, in consideration of the record evidence, the hearing officer finds that DCPS did not deny C.R. a FAPE and issues this:

## ORDER

1. The parents' 07/14/06 Due Process Hearing Request is dismissed, with prejudice for the Compensatory Education relief sought. The ESY issue raised in the 07/14/06 hearing request is not dismissed by this order.

2. There is no finding that C.R. was denied a FAPE.

3. DCPS shall Convene C.R.'s BLMDT/IEP/ESY Meeting within 30-calander days after this order's issue date; and after the DCPS Special Education Coordinator at Ludlow-Taylor Elementary School receives, in writing from the parent, three (3)-proposed meeting dates, for this purpose:

   a. To review C.R.'s existing assessment reports and school records;

   b. To decide if during school years 2004-05 and 2005-06 C.R. should have received summer Extended School Year (ESY) Services; and if so, discuss decide, and provide the relief that would benefit C.R.

   c. But if the parent disagrees with C.R.'s BLMDT's decision about ESY services, that disputed claim can return to a due process hearing under the existing hearing request for resolution.

4. Schedule all meetings at a mutually agreeable time through the parent and parent's counsel. And provide counsel a copy of the meeting notice by facsimile at (202) 742-2098.

5. Day-for-Day Caveat: Any scheduling, evaluation or meeting delay due to acts of the parent, student, student-advocate, student's attorney or because of an unscheduled school closing shall extend DCPS' performance timelines established in this Order by one day for each day of delay.

6. This Order resolved all issues raised in the parent's 07/14/06 Due Process Hearing Request that is dismissed, with prejudice except as specified in paragraph three (3) of this order; and the hearing officer made no additional findings.

   **This is the FINAL ADMINISTRATIVE DECISION. An Appeal can be made to a court of competent jurisdiction within ninety (90)-days of this Order's issue date pursuant to 20 U.S.C. § 1415 (i)(1)(A), (i)(2)(B).**

_Frederick E. Woods_
**Frederick E. Woods**
**Hearing Officer**

10/2/06
**Date**

**Issued:** _10/3/06_
**DCPS Student Hearing Office**

9

# District of Columbia Public Schools

### *State Enforcement & Investigation Division*

| | |
|---|---|
| **In the Matter of** ) | |
| ) | |
| **C.R.** ) | |
| Petitioner, ) | **IMPARTIAL** |
| vs. ) | **DUE PROCESS HEARING** |
| ) | |
| **The District of Columbia Public Schools,** ) | |
| **Ludlow-Taylor Elementary School** ) | |
| Respondent. ) | |

The Individuals with Disabilities Education Improvement Act (IDEIA) 20 U.S.C. §§ 1400 et seq.

**Case Information:**    Hearing Request Date: July 14, 2006
**Hearing Date: September 20, 2006**
Held at:   825 North Capitol Street, N.E.
Eighth Floor
Washington, D.C. 20002
SETS Case Number: _____
Student's Birth Date: December 31, 1995
Attending School: Ludlow-Taylor Elementary School
Managing School: Ludlow-Taylor Elementary School

## CERTIFICATION OF RECORD

I, Frederick E. Woods, Impartial Due Process Hearing Officer in this matter, do hereby certify that the attached Record of Proceedings and Index of Exhibits itemizes the entire record in the above captioned matter as of this date, consisting of all letters, pleadings, orders, exhibits, depositions, and tapes.

I further certify that the materials placed in the SHO file for this student are either the original or true copy of the original documents submitted in this matter.

Executed this 2nd day of October, 2006.

_____
Due Process Hearing Officer

10

**Re: MATTER OF**
**C.R. v. DCPS, LUDLOW-TAYLOR ELEMENTARY SCHOOL**

# RECORD OF PROCEEDINGS

## DATE:            DESCRIPTION:

07/14/06        Due Process Hearing Request Filed By Parent

08/15/06        Notice of Due Process Hearing Date Sent to Parties

09/20/06        Due Process Hearing Convened; Completed; and
                Recorded in HR-1, Start Time 1:45 p.m. and End Time
                2:50 p.m.

10/02/06        Hearing Officer's Decision Filed with the SHO

10/02/06        Hearing Officer's Decision Issued by the SHO


_____                    10/2/06
Frederick E. Woods                          Date
Due Process Hearing Officer

11

# EXHIBIT 3

# JAMES E. BROWN & ASSOCIATES, PLLC
### *A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill | 1220 L Street, NW | Tilman L. Gerald |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Roxanne D. Neloms |
| Christopher L. West | Telephone: (202) 742-2000 | Omar Karram |
| | Facsimile: (202) 742-2098 | |
| -------------------------------- | e-mail: Admin@Jeblaw.biz | ------------------------------- |
| | | ! Admitted in Bolivia Only |

**July 14, 2006**

**Via Facsimile Only (202) 698-3250**
Ms. Hart Special Education Coordinator
Ludlow Taylor Elementary School
659 G Street, N.E.
Washington, D.C. 20002

### Re:  Courtney Robinson, DOB: 12/31/95

Dear Ms. Hart:

I have recently spoken with my client, Ms. Michelle Robinson regarding her child, Courtney Robinson, a rising 6th grade student at Ludlow-Taylor Elementary School. According to the parent, pull-out speech and language services were terminated in December 2005. In addition, according to the mom, Courtney has not been receiving counseling services. If this is incorrect, please provide copies of tracking forms, service logs and progress reports.

Please feel free to call me if you have any questions or concerns. I may be reached at 202-742-2021.

Yours truly,

Roberta L. Gambale, Esq.

cc:   Parent
      Advocate

```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO            0981
RECIPIENT ADDRESS   96983250
DESTINATION ID
ST. TIME            07/14 16:18
TIME USE            00'26
PAGES SENT          1
RESULT              OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill
Roberta Gambale
Miguel A Hull
Christopher L. West

----------------------------

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098
e-mail: Admin@Jeblaw.biz

Juan J. Fernandez!
Tilman L. Gerald
John A. Straus
Roxanne D. Neloms
Omar Karram

---------------------

! Admitted in Bolivia Only

**July 14, 2006**

**Via Facsimile Only (202) 698-3250**
Ms. Hart Special Education Coordinator
Ludlow Taylor Elementary School
659 G Street, N.E.
Washington, D.C. 20002

**Re:   Courtney Robinson, DOB: 12/31/95**

Dear Ms. Hart:

I have recently spoken with my client, Ms. Michelle Robinson regarding her child, Courtney Robinson, a rising 6th grade student at Ludlow-Taylor Elementary School. According to the parent, pull-out speech and language services were terminated in December 2005. In addition, according to the mom, Courtney has not been receiving counseling services. If this is incorrect, please provide copies of tracking forms, service logs and progress reports.

Please feel free to call me if you have any questions or concerns. I may be reached at 202-742-2021.

Yours truly,

Roberta L. Gambale, Esq.

# EXHIBIT 4

# JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez !+ |
| Domiento C.R. Hill | 1220 L Street, NW | Tilman L. Gerald |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Roxanne D. Neloms |
| Christopher L. West | Telephone: (202) 742-2000 | Omar Karram |
| | Facsimile: (202) 742-2098 | |
| ------------------------------- | e-mail: Admin@Jeblaw.biz | ------------------------------- |
| | | ! DC Bar Special Legal Consultant |
| | | + Admitted in Bolivia |

July 21, 2006

**Via Facsimile**
Ludlow Taylor Elementary School
Donald Presswood, Principal
659 G Street, N.E.
Washington, D.C. 20002

### Re: Request for Records for student Courtney Robinson, DOB: 12/31/95

Dear Mr. Presswood:

On behalf of my client, Ms. Michelle Robinson, I hereby request a copy of the above-referenced student's educational records. This request is being made pursuant to 34 C.F.R. § 300.562(a); Assistance to States for the Education of Children with Disabilities, 70 Fed. Reg. 35782, 35879 (June 21, 2005) (to be codified at 34 C.F.R. pt. 300); and D.C. MUN. REGS. tit. 5, § 3021.1 (2003).

If you are unable to provide the requested copy of the student's entire academic file, please provide me in writing, via facsimile, at 202-742-2097 or 202-742-2098, at least three (3) different dates on which the parent's representative may have access to review the student's educational file and make the necessary copies. This request includes any and all records or writings in the possession of Ludlow Taylor and the District of Columbia Public Schools that includes and are not limited to the following:

| | | | |
|---|---|---|---|
| 1. | All Attendance Records | 8. | Portfolios |
| 2. | Progress Reports and report Cards | 9. | Related Service Provider Logs |
| 3. | Standardized Test Scores | 10. | Charts and Observations |
| 4. | Class Schedules | 11. | Reports, Letters, Memos, Notes, E-Mails |
| 5. | Individualized Education Programs | 12. | Forms and Data Compilations |
| 6. | Evaluations and Assessments | 13. | Letters of Understanding |
| 7. | Multidisciplinary Meeting Notes | 14. | Disciplinary Records |

Enclosed is a copy of the General Authorization form signed by the parent. Please send the requested information to us via facsimile at (202) 742-2098. If you have any questions regarding this request, please call me at (202) 742-2000. Thank you in advance for your immediate attention to this request.

Sincerely,

Roberta Gambale, Esq.

cc:    Abbey Hairston, Office of General Counsel
       Mary Lee Phelps, Chief of Special Education Reform, Office of Special Education,
       Parent

```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO            1181
RECIPIENT ADDRESS   96983250
DESTINATION ID
ST. TIME            07/21 15:47
TIME USE            01'03
PAGES SENT          4
RESULT              OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill
Roberta Gambale
Miguel A. Hull
Christopher L. West

---------------------------------

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098
e-mail: Admin@Jeblaw.biz

Juan J. Fernandez !+
Tilman L. Gerald
John A. Straus
Roxanne D. Neloms
Omar Karram

-----------------------------

! DC Bar Special Legal Consultant
+ Admitted in Bolivia

# *FAX COVER SHEET*

DATE: July 21, 2006

TO:    Donald Presswood, Principal, Ludlow –Taylor Elementary School

PHONE:    (202) 698-3244

FAX NO:   (202) 698-3250

FROM:    Yamileth Amaya (Paralegal for Roberta Gambale Esq,

SUBJECT:    Courtney Robinson
DOB: 12/21/95

NUMBER OF Pages: 4

COMMENTS: Please find attached request for records for the above mentioned student.

```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO               1182
RECIPIENT ADDRESS      94425097
DESTINATION ID
ST. TIME               07/21 15:52
TIME USE               00'30
PAGES SENT             4
RESULT                 OK
```

## JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill
Roberta Gambale
Miguel A. Hull
Christopher L. West

-------------------------------

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098
e-mail: Admin@Jeblaw.biz

Juan J. Fernandez !+
Tilman L. Gerald
John A. Straus
Roxanne D. Neloms
Omar Karram

-------------------------------

! DC Bar Special Legal Consultant
+ Admitted in Bolivia

# *FAX COVER SHEET*

DATE: July 21, 2006

TO:    Ms. Abbey Hairston, Esq. General Counsel, Office of General Counsel, DCPS

PHONE:    202-442-5000

FAX NO:    202- 442-5098

FROM:    Yamileth Amaya, Paralegal for Roberta Gambale, Esq.

SUBJECT:    Courtney Robinson
12/31/95

NUMBER OF PAGES INCLUDING COVER SHEET: **4**

COMMENTS: Please find attached the request for Records for the above mentioned

student.

```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO            1183
RECIPIENT ADDRESS   94425517
DESTINATION ID
ST. TIME            07/21 15:49
TIME USE            00'38
PAGES SENT          4
RESULT              OK
```

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill
Roberta Gambale
Miguel A. Hull
Christopher L. West

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098
e-mail: Admin@Jeblaw.biz

Juan J. Fernandez !+
Tilman L. Gerald
John A. Straus
Roxanne D. Neloms
Omar Karram

: DC Bar Special Legal Consultant
+ Admitted in Bolivia

# *FAX COVER SHEET*

DATE: July 21, 2006

TO:   Mary Lee Phelps, Chief of Special Education Reform, Office of Special Education

FROM: Yamileth Amaya, Paralegal for Roberta Gambale, Esq.

PHONE NO: (202) 442-4800

FAX NO: (202) 442-5517

SUBJECT: Courtney Robinson
DOB: 12/31/95

NUMBER OF PAGES INCLUDING COVER SHEET: **4**

COMMENTS: Please find attached request for Records for the above mentioned student.

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez !+ |
| Domiento C.R. Hill | 1220 L Street, NW | Tilman L. Gerald |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Roxanne D. Neloms |
| Christopher L. West | Telephone: (202) 742-2000 | Omar Karram |
| | Facsimile: (202) 742-2098 | |
| ---------------------------------- | e-mail: Admin@Jeblaw.biz | ---------------------------------- |
| | | ! DC Bar Special Legal Consultant |
| | | + Admitted in Bolivia |

# *FAX COVER SHEET*

DATE: July 21, 2006

TO:    Mary Lee Phelps, Chief of Special Education Reform, Office of Special Education

FROM: Yamileth Amaya, Paralegal for Roberta Gambale, Esq.

PHONE NO: (202) 442-4800

FAX NO: (202) 442-5517

SUBJECT: Courtney Robinson
DOB: 12/31/95

NUMBER OF PAGES INCLUDING COVER SHEET: **4**

COMMENTS: Please find attached request for Records for the above mentioned student.

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

**JAME  BROWN & ASSOCIATES, . C**

*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill
Roberta Gambale
Miguel A. Hull
Christopher L. West

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098
e-mail: Admin@Jeblaw.biz

Juan J. Fernandez !+
Tilman L. Gerald
John A. Straus
Roxanne D. Neloms
Omar Karram

----------------------------------
! DC Bar Special Legal Consultant
+ Admitted in Bolivia

# *FAX COVER SHEET*

DATE: July 21, 2006

TO:    Ms. Abbey Hairston, Esq. General Counsel, Office of General Counsel, DCPS

PHONE:    202-442-5000

FAX NO:    202- 442-5098

FROM:    Yamileth Amaya, Paralegal for Roberta Gambale, Esq.

SUBJECT:    Courtney Robinson
12/31/95

NUMBER OF PAGES INCLUDING COVER SHEET: **4**

COMMENTS: Please find attached the request for Records for the above mentioned

student.

## JAMES BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill
Roberta Gambale
Miguel A. Hull
Christopher L. West

------------------------------------

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098
e-mail: Admin@Jeblaw.biz

Juan J. Fernandez !+
Tilman L. Gerald
John A. Straus
Roxanne D. Neloms
Omar Karram

------------------------------------

! DC Bar Special Legal Consultant
+ Admitted in Bolivia

# *FAX COVER SHEET*

DATE: July 21, 2006

TO:    Donald Presswood, Principal, Ludlow –Taylor Elementary School

PHONE:    (202) 698-3244

FAX NO:    (202) 698-3250

FROM:    Yamileth Amaya (Paralegal for Roberta Gambale Esq,

SUBJECT:    Courtney Robinson
DOB: 12/21/95

NUMBER OF Pages: <u>4</u>

COMMENTS: Please find attached request for records for the above mentioned student.

# EXHIBIT 5

**State Education Agency for the District of Columbia**
**State Enforcement and Investigation Division (SEID)**
**Special Education Programs**



# *Due Process Complaint Disposition*

- This form should be used by the parties to notify the Student Hearing Office about important information concerning the outcome of the resolution meeting.
- Please return to the Student Hearing Office of the District of Columbia Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, DC 20002, Fax number 202/442-5556.

## STUDENT AND CASE INFORMATION:

Student Name: _Courtney_ _Robinson_     Birth Date: _12/31/1995_
First     MI     Last

SHO Case Number: _____ (if applicable)

## PARENT / GUARDIAN:

Name: _Ms. Michelle Robinson_
First     Last

Complete Address: _909 4th St. N.E_
_Washington D.C. 20002_

Phone: _(202) 546-8503_   _____   _____
Home     Work or alternative phone no.     Fax No. if applicable

## LOCAL EDUCATION AGENCY REPRESENTATIVE:

_Mrs. Brenda L. Clark-Gales, MSC, SEC_     _Special Ed. Coordinator_
Full Name     Title
Address, _659- G St. N.E_
_Washington D.C. 20002_

Phone: _(202) 698-3243_   _(202) 698-3250_
Office     Fax

1

SEID DRN Rev'd. 8/31/05

The complaint has been resolved and the parties have reached agreement to the satisfaction of the parent / guardian. The due process complaint notice and the request for a due process hearing should be dismissed and withdrawn. The parties are aware that the agreement may be voided by any party within 3 business days of the date the agreement is signed. The parties have agreed to wait at least 3 business days before filing this form with the Student Hearing Office.

X

The resolution session was unsuccessful. The case should proceed to a due process hearing.

The resolution session was unsuccessful. The parties have agreed to try mediation.

The parties mutually agree to waive the resolution session and request mediation and the assignment of a mediator to this case.

The parties mutually agree to waive the resolution session and request that this case proceed to a due process hearing on the merits.

The resolution session did not occur. (Please explain in the comments below):

Comments: _____

_____

_____

## SIGNATURE OF PARENT:

I affirm that the information provided on this form is true and correct. I also affirm that I have received the Parents Procedural Safeguards Manual or I have waived my right to receive it.

_____    Sept 12, 2006
Signature of Parent/Guardian              Date

## SIGNATURE OF LOCAL EDUCATION AGENCY:

_____    Sept 12, 2006
Local Educational Agency Representative        Date.

**Mail, fax, or deliver this completed form to:**
**State Enforcement and Investigation Division**
**Special Education Programs (SEID)**
**825 North Capitol Street, NE, 8th Floor**
**Washington, DC 20002**
**Fax number: 202/442-5556**

2

SEID DRN Rev'd. 8/31/05

# EXHIBIT 6

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**
**INDIVIDUALIZED EDUCATIONAL PROGRAM**

DCPS - IEP  Page 1 of 4
Additional Comments: ☐

## I. IDENTIFICATION INFORMATION

Student Name: Last __Robinson__  First __Courtney__  MI __

Student ID __9051571__   Soc. Sec. No. __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__ Age: __   Grade __4th__

Gender ☐ M ☒ F   Date of Birth __12/31/95__  Ethnic Group __

Address __909-4th Street N.E.__
House No.    Street Name    Quadrant    Apartment #

☒ Non-attending    __Washington  D.C.  20002__
City    State    Zip Code

Attending School __Immaculate Conception__   Home School __J.O. Wilson__

☒ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS ☐

Parent __Michelle Robinson__

Address of (if different from student): ☒ Parent ☐ Guardian ☐ Surrogate

House No.    Street Name    Quad    Apt. No.    City    State    Zip Code
Telephone: Home __(202)546-8503__    Work __

## II. CURRENT INFORMATION

Date of IEP Meeting: __11/29/04__
Date of Last IEP Meeting: __
Date of Most Recent Eligibility Decision: __

Purpose of IEP Conference:
☒ Initial IEP    ☐ Review of IEP
☐ Requested Eval.    ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: __

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| BEHAVIOR | TRANSPORTATION |
|---|---|
| ESY | TRANSITION |

## III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | English | English | -- | Oral |
| Parent | English | English | English | | Rdg./Written |
| Home | English | English | English | | Instrument: |
| | | | | | Date: |

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd SpEd Total | | FREQUENCY Hr./Min D/W/M | | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks/mos |
|---|---|---|---|---|---|---|---|
| Specialized Instruction | 15 | 15 | | | | | |
| Speech therapy | 1.5 | 1.5 | Min | W | SPEECH-LANG-PATH | | |
| Psychological Consultation | .75 | .75 | Min | M | Psychological/Social Worker | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTAL | 16.5 | 16.5 | Hours Per Week | | | | |

## V. Disability(ies)

__Learning Disabled__

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☒ 0-20%   ☒ 21-60%   ☐ 61-100%

Percent of time NOT in a Regular Education Setting

## VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

JUDITH EDGINN, NP/CCC-SLP  _____  P/O Denise White  Jennifer B. _____
Gloria T. Everett  Gloria T. Everett    Telita Estes  Telita Estes
Janet Burns, MS  Janet Burns MS
Josie Rathien  Josie Rathien, LICSW

*I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.*

Parent/Guardian Signature _____    Date _____

| Student Name | Courtney Robinson | Managing School | Care Center / JO Wilso | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9051571 | DOB 12/31/95 | Attending School Immaculate Conception | Page 2 of 4 |

**VII. Present Educational Performance Levels in Areas Affected by the Disability**

Additional Comments:

**Academic Areas: (Evaluator)** _Linda Flynn_

Math Strengths:
Courtney is able to solve one-digit addition with Regrouping -

Impact of disability on educational performance in general education curriculum:
Disability impeded ability to learn all times tables and compute subtraction with Regrouping

Reading Strengths:
Courtney able to read and comprehend simple sentences

Impact of disability on educational performance in general education curriculum:
Disability impedes ability to fully comprehend paragraphs, write compositions and reports.

**Score(s) When Available**

| | |
|---|---|
| Math Cal. | 2.9 |
| Math Res. | 2.9 |
| See goal page: | |
| Date: | 10/25/04 |
| Rdg. Com | 3.1 |
| Rdg. Basic | 3.3 |
| Written Ex. | |
| See goal page: | |
| Date: | 10/25/04 |

**Communication (Speech & Language) (Evaluator)** _Judith A. Edghill_

Strengths:
Courtney is talkative & motivated - she can follow multistep directions readily

Impact of disability on educational performance in general education curriculum:
weaknesses with word retrieval, working memory & listening for longer understanding linguistic info to master audinfo.

**Score(s) When Available**

| | |
|---|---|
| Exp. Lang. | 78 |
| Rec. Lang. | 78 |
| Artic | WNL |
| Voice | WNL |
| Fluency | WNL |
| Exp. Voc. | 83 |
| Rec. Voc. | 99 |
| See goal page: | |
| Date: | 10/27/04 |

**Motor/Health (Evaluator)** _____

Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) /Results When Available

See goal page: ____
Date: ____

**Social Emotional Behavioral Areas: (Evaluator)** _____

Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available

See goal page: ____
Date: ____

**Cognitive/Adaptive Behavior: (Evaluator)** _Linda Flynn_

Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available

See goal page: ____
Date: ____

**Prevocational Skills: (Evaluator)** _____

Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available

See goal page: ____
Date: ____

| Student Name | Courtney Robinson | | Managing School | Care Center/Jo Wilso | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number | 905 1571 | DOB | 12/31/95 | Attending School Immaculate Conception | Page 3 of 4 |

## VIII. SPECIALIZED SERVICES    Additional Comments: ☐    Goal Number: ☐

Area addressed by goal: _Academic-Mathematics_

### ANNUAL GOAL: (including mastery criteria.)

Courtney will demonstrate measurable growth in the area of math skill development with 80% accuracy.

Provider(s): _Special Education Teacher_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| After practice with drill method, Courtney will recite multiplication facts (6 to 10 tables), then use calculate + write to check answers with 80% mastery. | | Monthly |
| Use different visual clues on index cards to assist recall for money (coins) of different denominations, Courtney will name + identify them with 80% mastery | | Monthly |
| Given real world examples for problem-solving activities, Courtney will be able to tell "how many" "how many we need" "How many are left" with 80% accuracy | | Monthly |
| Using line paper side ways to form columns to align multiple-digit numbers for visual organization Courtney will be able to perform more accurately with 80% mastery. | | Monthly |
| With teacher prompting examples, Courtney will regroup in subtraction with 8 out of 10 trials with 80% mastery | | Monthly |
| Using manipulatives (minimal (with decreasing strategies for mental repition), Courtney will solve basic computations with 80% accuracy | | Monthly |

### EVALUATION PROCEDURE(S)

☐ Portfolio    ☐ Log    ☒ Chart    ☒ Test    ☒ Documented Observation    ☐ Report    ☐ Other _____

| Student Name | Courtney Robinson | Managing School | Care center JOWilson | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9051571 | DOB | 12/31/95 | Attending School | Immaculate Conception | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐    Goal Number: ☐

Area addressed by goal: _Academic - Reading_

ANNUAL GOAL: (including mastery criteria.)

Courtney will demonstrate measurable growth in the area of reading skill development with 80% accuracy/mastery

Provider(s): _Special Education Teacher_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| With word and picture cues, Courtney will distinguish between two endings ex n, m, d k t, p with 80% mastery | | Monthly |
| Given set of sentences (read orally) Courtney will discriminate ending consonant sounds by circling word with same sound 8 out of ten consecutive trials | | Monthly |
| Using 2 part puzzle pieces, Courtney will match the two parts (first part of word with second part of word) with double consonant patterns (ex popping) with 80% accuracy | | Monthly |
| Given vowel sound a e i o u (long), Courtney will discrim identify the correct vowel used in a list of words dictated (orally by teacher) with 80% accuracy | | Monthly |
| Given several books to read (on reading level), Courtney will engage engage in pleasure reading a few minutes every day. | | Monthly |
| Using a tape recorder, Courtney can listen to story several times (following along visually) to answer comprehension questions) with 80% accuracy | | Monthly |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☒ Chart  ☒ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

| Student Name | Courtney Robinson | Managing School | Care Center/SO Wilson | DCPS - IEP |
| Student ID Number | 9061571 | DOB 12/31/95 | Attending School Immaculate Conception | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**   Additional Comments: ☐              Goal Number: ☐

Area addressed by goal: _Academic – Written Expression_

**ANNUAL GOAL:** (including mastery criteria.)

Courtney will demonstrate measurable growth in the area of written expression with 80% mastery.

Provider(s): _Special Education Teacher_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) Multisensory | Date Mastered | Evaluation Schedule |
|---|---|---|
| Given sentences to copy, Courtney will begin all *Approach* sentences with capital letters with 80% accuracy in 8 out of 10 attempts | | Monthly |
| Given a list of words, Courtney will discriminate proper nouns by underlining them with 80% accuracy. | | Monthly |
| Given a group of sentences (10), Courtney will use appropriate punctuation to end the sentences with 80% accuracy. | | Monthly |
| Given a sentences and sentence fragments, Courtney will identify them appropriately by reading the one requested on demand with 80% accuracy | | Monthly |
| Using multisensory approach Given a list of new spelling words, Courtney *write* will apply common rules to pronounce them as directed by teacher with 80% accuracy | | Monthly |
| Given a list of words (on grade level), Courtney will identify parts of speech requested by teacher when words are use in a sentence with 80% mastery | | Monthly |

**EVALUATION PROCEDURE(S)**

☑Portfolio  ☐Log  ☐Chart  ☑Test  ☑Documented Observation  ☐Report  ☐Other _____

| Student Name | Courtney Robinson | | Managing School | | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number | 9051571 | DOB  12/31/95 | Attending School | | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | Goal Number: ☐ |
|---|---|---|

**Area addressed by goal:**  Communication

**ANNUAL GOAL:** (including mastery criteria.)

Courtney will improve verbal communication (verbal sequencing/organization, verbal reasoning, and word retrieval) skills as evidenced by the mastery of the following short-term objectives.

**Provider(s):** Speech-Language Pathologist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Courtney will learn and use compensatory strategies/aids that will assist in verbal organization and retrieval during structured tasks: using extra "thinking time", TORR (Think, Organize, Rehearse, Recite/Write), graphic organizers and outlines/webs, etc with 80% accuracy and decreasing verbal/visual prompts over 4/5 consecutive trials | | weekly |
| Courtney will use sequence words to assist with organization when retelling, discussing an event or explaining a procedure (eg. first, next, after that, then, later, finally, last) with 80% accuracy and decreasing verbal/visual prompts over 4/5 consecutive trials. | | weekly |
| Courtney will use compensatory strategies that will assist with word retrieval: association (what goes with it), function (what is it used for), phonemic cues (what sound/letter does it begin with), synonyms (use another word with a similar meaning) during structured tasks with 80% accuracy and decreasing verbal/visual prompts. | | weekly |
| Using identified compensatory strategies, Courtney will demonstrate efficient word retrieval during Cloze exercises (fill in the blank with semantically correct word) with 80% accuracy and decreasing verbal/visual prompts over 4/5 consecutive trials | | weekly |
| With time constraints, Courtney will increase the number of items named that fit a particular category with decreasing repetitions 3/4 trials | | weekly |
| | | |

| **EVALUATION PROCEDURE(S)** | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ Portfolio | ☒ Log | ☐ Chart | ☐ Test | ☒ Documented Observation | ☐ Report | ☐ Other | |

| Student Name | Courtney Robinson | | Managing School | | DCPS - IEP |
| Student ID Number | | DOB 12/31/95 | Attending School | | Page 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | Additional Comments: ☐ | Goal Number: ☐ |

**Area addressed by goal:**  Communication

**ANNUAL GOAL:** (including mastery criteria.)

Courtney will improve  listening comprehension/ auditory memory skills for paragraph length information  as evidenced by the mastery of the following short-term objectives.

**Provider(s):** Speech-Language Pathologist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Courtney will learn and use compensatory strategies/aids to improve listening comprehension and memory skills (ie. repetition, reauditorizaiton, visual imagery, making information self relevant, restate/rephrase, chunking, etc) with 80% accuracy and deceasing verbal/visual prompts | | weekly |
| Courtney will use visual imagery to answer questions about orally presented stories (4-6 sentences) with 80% accuracy and decreasing verbal/visual prompts.<br>a) details<br>b) main idea<br>c) inference/prediction | | weekly |
| Using an identified compensatory strategy/aid, Courtney will recall a story (with 3-5 events) with 80% accuracy and decreasing verbal/visual prompts. | | weekly |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio   ☒ Log   ☐ Chart   ☐ Test   ☒ Documented Observation   ☐ Report   ☐ Other _____

| Student Name | Courtney Robinson | | Managing School | | DCPS - IEP |
| Student ID Number | | DOB 12/31/95 | Attending School | | Page 3 of 4 |

## VIII. SPECIALIZED SERVICES    Additional Comments: ☐    Goal Number: ☐

Area addressed by goal:  Academic- Reading / *Communications*

**ANNUAL GOAL:** (including mastery criteria.)

Courtney will improve phonological awareness (auditory only) skills as evidenced by the mastery of the following short-term objectives

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Coutney will segment 25 orally presented sentences into individual words by clapping and saying each word with 90% accuracy and decreasing verbal/visual prompts. | | monthly |
| Courtney will segment 25 orally presented words into individual syllables by clapping and saying each syllable with 90% accuracy and decreasing verbal/visual prompts | | monthly |
| Courtney will segment 25 orally presented CVC words into individual phonemes by clapping and saying each phoneme (sound) with 90% accuracy and decreasing verbal/visual prompts. | | monthly |
| Courtney will verbalize the beginning, final and medial sounds in 40 orally presented CVC words with 90% accuracy and decreasing verbal/visual prompts. | | monthly |
| Courtney will auditorily manipulate 25 orally presented multisyllabic words by deleting one of the parts of the word (ie. say triangle, now don't say tri= angle or say kangaroo, now don't say roo). with 90% accuracy and decreasing verbal/visual prompts. | | monthly |
| Using manipulatives (color coded blocks), Courtney will employ segmentation and isolation skills to isolate phonemes in 25 orally presented monosyllabic words (represented by colored blocks), then change it to another phoneme forming a new word with 80% accuracy and decreasing verbal/visual prompts | | monthly |

## EVALUATION PROCEDURE(S)

☐ Portfolio  ☒ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

Student Name _Courtney Robinson_          Managing School _____          DCPS - IEP
Student ID Number _905 1571_    DOB _12/3/95_    Attending School _Immaculate Conception_    Page 3 of 4

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐          Goal Number: ☐

Area addressed by goal: _Social / Emotional / Attention_

**ANNUAL GOAL:** (including mastery criteria.)

To improve classroom functioning with regard to attention to task, work competion

Provider(s): _Classroom Teacher, Social Worker, Psychologist_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Increase attention to task by 5 minute intervals with decreasing need for redirection, refocusing by teacher in 3 of 5 events | | weekly |
| Decrease instances of hand raising until she has formulated her responses in 3 of 5 events | | weekly |
| Decrease instances of hand raising before teacher has completed the question in 3 of 5 events | | weekly |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☐ Other _Progress Notes_

| Student Name | *Courtney Robinson* | Managing School | *Care Center / JO Wilson* | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | *905157 1* | DOB *12/31/95* | Attending School | *Imaculate Conagpt* | Page 4 of 4 |

**Additional Comments:**

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in regular education?     Yes     No

Explanation for removal out of regular education classroom.

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING | | | FREQUENCY | | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | GenEd | SpEd | Total | Hr./ Min | D/W/M. | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing: ..........None needed..........

Timing/Scheduling: *Untimed Test*
Setting: *Preferential seating, small group*
Presentation:
Response: *Clearly defined directions/repeated, orally read directions*
Equipment:

## XI. STATE AND DISTRICT ASSESSMENTS:

Level I   Tested with non-disabled peers under standard conditions without accommodations.

(Level III) (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

Level V  Portfolio: _____

Level II   (Describe accommodations for level II) Tested under standard conditions with special accommodations.

Level IV  (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:

| | | | Modifications: |
|---|---|---|---|
| Reading | Physical/Sensory | Transition | Language Arts/English |
| Mathematics | Social Emotional | Vocational | Social Sciences |
| Written Expression | Physical Development | Independent Living | Biological & Physical Sciences |
| Other: _____ | | Speech/Language | Fine Arts |
| None | Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above. | | |

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| *General Education* | *rejected* | *Cont. School failure* |
| *Combination Gen Ed / Spec Ed* | *accepted* | *Impact on Self- Esteem* |
| *Out of General Ed.* | *rejected* | *Time away from non-disabled peers* |
| | | |

Modification(s)/Accommodation(s) to address the harmful effects:

Location for Services

## DOCUMENTED LEVEL OF SERVICE (PERM)
Complete and attach to MDT/IEP meeting notes

| | | |
|---|---|---|
| School J.O.Wilson/Immaculate Conception Principal | | Special Education Coordinator |
| Date 11/29/04  Case Manager _Mara T. Everett_  Technical Support Supervisor | | |
| Student _Courtney Robinson_  DOB 12/31/95 Age 8  Grade  ID# 90515 91  SSN# 578278323 | | |
| Parent _Michelle Robinson_  Telephone (H) (202) 546-8503  (W) | | |
| Address: 909 4th Street N.E.   Quad  Apt. No.  Washington  DC. 20002 |

**REFERRAL SOURCE: (Check)**  ☑ 120 Day  ☐ Reeval.  ☐ HOD  ☐ SA  ☐ MA

☑ Nonpublic  ☐ Residential  ☐ Citywide  ☐ Courts  ☑ Local School  ☐ Other:

Previous least restrictive environment (LRE Setting):  J. O. Wilson

---

## JUSTIFICATION FOR SETTING CONSIDERATION
(Submit TAT/MDT Documentation)
### SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMMODATIONS/ MODIFICATIONS | 3. DATA REQUIREMENTS | | |
|---|---|---|---|
| untimed test<br>Preferential seating<br>repeated directions<br>orally read directions | Current IEP | Yes ☑ | No ☐ |
| | Signatures of required participants (MDT notes) | Yes ☑ | |
| | Intervention Behavior Plan | Yes ☐ | |
| | Copies of current class work and homework assignments | Yes ☐ | |
| | Medical Reports: | Yes ☐ | No ☑ |
| | Clinical Reports: | Yes ☐ | No ☑ |
| | Psychiatric Reports: | Yes ☐ | No ☑ |
| | Medications: | Yes ☐ | No ☑ |
| | Attendance Record | Yes ☑ | |
| | Copies of most recent evaluation(s) | Yes ☑ | |

| 4. Results of all interventions: (TAT, MDT, etc. and attach meeting notes.) | 5. Resources needed for program implementation · |
|---|---|
| IEP developed | IEP<br>Speech language services |

---

### 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school<br>(Determined through the IEP team.) | SERVICE PROVIDER<br>(Based on documented need) | LEVEL OF SERVICE<br>(Based on documented need) |
|---|---|---|---|
| 1 | ☐ in general education classroom setting | ☐ general educators with consultation from special education staff | ☐ between 0% and 20% of service time |
| 2 | ☑ combination general education and resource classroom | ☑ combination of general educators, special educators and related service providers | ☑ between 21 % and 60% of service time |
| 3 | ☐ *out of general education classroom | ☐ special educators and related service providers | ☐ between 61 % and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings).

Check the level of need as indicated:
### DIRECTIONS:

| | |
|---|---|
| If two or three boxes are checked in the Row 1, check LOW.<br>If two or three boxes are checked in the Row 2, check MODERATE.<br>If two or three boxes are checked in the Row 3, check HIGH. | If one box is checked in each row,<br>check either MODERATE or HIGH,<br>depending on the need of the student. |

### 7. LEVEL OF NEED

| ☐ LOW | ☑ MODERATE | ☐ HIGH |
|---|---|---|

Attention: Technical Support Supervisor / PERM Compliance Team



## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### WASHINGTON, D.C.
### CONFIRMATION OF MEETING NOTICE

Date: __11/15/2004__

Ms. Robinson
_Parent / Guardian Name_

909 4th Street                    NE
_Street #    Street_              _Quad    Apt. No._

Washington              DC  20002
_City_              _State    Zip Code_

RE: COURTNEY        ROBINSON

SCHOOL: Private Schools

ID NO.        9051571

DOB:        12/31/1995

Dear Ms. Robinson

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. Your child's meeting is scheduled as follows:

Date: __11/29/2004__    Time: __9:30 am__    Place/Location:   Immaculate Conception
711 N Street, NW
Washington, DC 20001

The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Invited participants are listed under MDT members.

**The purpose of this meeting is to:**

☒ **develop/review IEP(including consideration of extended school year (ESY) services        ☐ **discuss CompEd

☒ **review evaluation or reevaluation information        ☒ discuss placement        ☐ *consider transition services needs

☒ develop the student evaluation plan (SEP)        ☐ determine manifestation        ☐ discuss quarterly review

☒ discuss documented levels of service        ☒ discuss eligibility        ☐ behavior plan review

☐ **review records to support the completion of services as follows:

☐ Graduated    ☐ Completed Services    ☐ Aged Out    ☐ Transferred Out of District    ☐ Dropped Out

☐ Other:

**Placement will be discussed.

MDT Members:    ☒ Principal or Designee        ☒ General Education Teacher        ☒ Psychologist

☒ Parent        ☒ Special Education Teacher        ☐ Other:

☒ LRA Representative        ☒ Speech and Language

☐ Student        ☒ Social Worker

Parents may bring individuals to participate in the MDT meeting. These participants should have knowledge or special expertise regarding the child. The following individuals invited by parent:

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact __Gloria T. Everett__ at __(202) 671-0882__ (school telephone number).

Sincerely,    _Gloria T. Everett, LICSW_
_School Social Worker_

District of Columbia Public Schools        07-02-2001        Division of Special Education        Confirmation of Meeting Notice

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT REFERRAL DATE: _____

MDT

STUDENT: Courtney Robinson    SCHOOL: Immaculate Conception    DATE: 11/29/04

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Michelle R Robinson | Michelle R Robinson | Mother |
| Beveely S Jones | Beverly S Jones | Grandmother |
| TElita Estes | Telita Estes | 4th Teacher |
| Denise White-Jennings Ph.D | Denise White-Jennings Ph.D | Clinical Psychologist |
| Josie Rathein, LICSW | Josephine Rathein | Social Worker |
| Vecia O. Banner | Vecia O. Banner | Special Ed IEP Developer |
| Anet R. Kulns, MS | Anet R. Kuln, MS | School Psychologist |
| | | Speech & Lang Path. |
| Gloria T. Everett | Gloria T. Everett | Social Worker |

The purpose of this meeting was stated & all members signed the MDT form. Parent was given a copy of parent book & see signed receiving same.

The mother is concerned that student is not working on grade. In the home she is unfocused concerning homework. That she is hyperactive and impulsive. In a previous school, student was often out of her seat. According to the mother, student was evaluated at J.O. Wilson. This writer attempted to obtain copies of these report from J.O. Wilson & P25 N. Capit street, none were available.

According to teacher student is inattentive, needs repeated directions, has problems with transition. All of these behaviors impact her ability to remain focused in the classroom. She is unable to complete classwork. Student was assigned an education aide & has had an education specialist assigned. According to the teacher, student has not demonstrated any significant gains with these interventions.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE _____

**MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES**
MEETING TYPE: ____Eligibility____

5 of 5

STUDENT Courtney Robinson SCHOOL Immaculate Conception DATE 11/29/04

**The Clinical Psychologist Reports:** Classroom observation revealed difficulties with understanding presented concepts. Although Courtney participated and generally appeared focused her responses were often wrong suggesting that she both lacked prerequisite skills and/or was more focused on trying to respond than with listening to the lesson. Classroom teacher, Ms Estes, indicated that Courtney is highly inattentive, does not understand the work, is easily distracted so that she fails to complete some work on time. Courtney is pleasant and cooperative and generally tries hard. At times she will draw or color instead of completing work. Behavior rating scale completed by teacher revealed significant problems with attention suggestive of Attention Deficit Hyperactivity Disorder Predominantly inattentive type. I like —

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____

**MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES**
MEETING TYPE: M D T

Page: 2 of 6

STUDENT: Courtney Robinson  SCHOOL: Immaculate Conception  DATE: 11/22/01

The Teacher presented copies of student's work.

The D C P S Team determined that student is eligible for special education as a learning disable. student. Student was referred for an Audiological evaluation. An I E P was written

MDT REFERRAL DATE _____

**MULTIDISCIPLINARY TEAM (MDT)**
**CONTINUATION MEETING NOTES**

MEETING TYPE: _____ Eligibility _____

STUDENT _Courtney Robinson_ SCHOOL _Immaculate Conception_ DATE _11/28/04_

**The Psychologist Reports:**

Courtney is An 8-year old child who earned a Verbal Comprehension Index of 114 which assesses verbal Reasoning abilities, for the Perceptual Reasoning Index of the WISC-IV she garnered a score of 94 which falls in the Average Range and assesses nonverbal abilities. Courtney's working memory was at the Borderline Range and she demonstrated difficult Retaining information and skills unmastered. Compared to her Above Average Verbal Comprehension of 114, there is A severe discrepancy between Courtney's cognitive ability and academic achievement. Her broad reading skill fell at the third grade level with math skills at the second grade level. Courtney is appearing very difficulty keeping up with her fourth grade work. Given the Reason for Referral and the noted behaviors as observed it was Recommended that Courtney Receive a clinical evaluation to Rule out ADD or ADHD. Janet Sym school psychologist

**CONTINUATION MEETING NOTES**

MEETING TYPE: _Eligibility_

STUDENT _Cartney Robinson_ SCHOOL _Immaculate Conception_ DATE _11/29/04_

The Speech Therapist Reports: 10/27/04 Judith Edghill, MS/CCC/PA

Informal - talkative, cooperative, motivated + extremely inattentive. Could express want/needs vocab adequately developed due to inattention the results are deemed to be a fair estimate of her current level of functioning in the areas of spoken lang + artic. Due to inattention, an individual assessment is recommended. Oral Motor = a slight frontal lisp + articulation distortion - /s/ /sh/ /s/ blends however, no significant impact on overall speech intelligibility. Attention - inattentive, impulsive, could not sit still, needed repetition, prompting + extra time. Processing speed was slow. JTPA - SA = 8; SV = 8; MC = 8, SS = 9, SD = 5; RS = 7 (weakness with phonological noted. PA Subtest of CELF - Difficulty c segmentation, deletion, blending, medial/final phoneme id, + substitution. These areas will likely impact on reading and spelling. Working memory - # forward - 10 # backward - 10, adequate sequential auditory memory + adequate mental control, without time constraints. Familiar sequences - below average (time constraints) which suggest difficulty with sequencing, organizing, concentration, retrieving + structure information. Listening to paragraph - answering questions about an orally presented story, she responded "I can't remember". She was extremely inattentive during this subtest. Word retrieval weaknesses were noted during time tasks (EOWPVT, word association) + untimed tasks. She used strategies to recall. Based on the results of this assessment, Courtney may benefit from ST services addressing word retrieval + listening comprehension/working memory. Parents + Teacher just agree with findings + recommendation. Judith Edghill MS/CCC/PA

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT _Courtney Robinson_    SCHOOL _J.O.Wilson_    DATE: _11/29/04_

| PARTICIPANTS: | PARTICIPANTS (Sign Name) | DISCIPLINE |
|---|---|---|
| Michelle R. Robinson | Michelle R. Robinson | Mother |
| Beverly S. Jones | Beverly S. Jones | Grandmother |
| Telita Estes | Telita Estes | 4th Grade teacher |
| Penise White-Jennings | Denise White, Ph.D | Clinical Psychologist |
| Josie Rattien | Josie Rattien LICSW | Social Worker |
| Vecia O. Banner | Vecia O. Banner | Special Ed./IEP Developer |
| Janet R. Burns | Janet R. Burns | School Psychologist |
| JUDITH EQ, MSW | Judith Equi MSW | Supervisory PCSW |
| Gloria T. Everett | Gloria T. Everett | Social Work |

The purpose of this meeting is to develop an appropriate Individualized Education Program (IEP) for the student.

The MDT has determined that:

- the student is eligible for special education services as a student with a disability classification of
_Learning Disabled_

- the drafted goals/objectives are _Academic/Speech/Language_

- the student requires the following services services:

| | | |
|---|---|---|
| X  specialized instruction | - | _15_  hours/week |
| psychological services | - | hours/week |
| X  speech therapy | - | _30 min_ hours/week |
| occupational therapy | - | hours/week |
| physical therapy | - | hours/week |
| other _____ | - | hours/week |
| other _____ | - | hours/week |

- a behavior plan is _not needed_

- the student requires level _III_ testing with accomodations/modifications as indicated on page 4 of the IEP

- the student requires supplementary aides/services as indicated on page 4 of the IEP

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT *Courtney Robinson*    SCHOOL *J.O.Wilson*    DATE: *11/29/04*

PARTICIPANTS:                    PARTICIPANTS: (Sign Name)                    DISCIPLINE

Page 2

Discussion of setting:
_____ General Education Setting
Reason for rejection or acceptance:


___X___ Combination General Education/Resource Setting
Reason for rejection or acceptaance:



_____ Out of General Education/Resource Setting
Reason for rejection or acceptaance:

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT _Courtney Robinson_    SCHOOL _J.O. Wilson_    DATE: _11/29/04_

PARTICIPANTS:                PARTICIPANTS: (Sign Name)              DISCIPLINE

Page 3

Discussion of placement: _J. O. Wilson_
Proposed placement is

Reason for proposed setting:
J.O. Wilson can get 1:1 meet student's academic needs. Ms. Robinson, the mother is not supportive of this placement. She will look at other school to place student in Jan. 05

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    07-02-2001    DIVISION OF SPECIAL EDUCATION    IEP MEETING NOTES

Specific Learning Disabilities Written Report - Continued

Multidisciplinary Team Members:

| Titles | Signatures | Agree | Disagree |
|---|---|---|---|
| LEA Representative | | | |
| Parent/Guardian | Michelle R Robinson | ✓ | |
| Regular Education Teacher | Felita Est | ✓ | |
| Special Education Teacher | Veryl Banner | ✓ | |
| Psychologist/Evaluator | Krista R. Mann, m.s. | | |
| Speech/Language Therapist | Marsha Azevich, MacCCP/A | ✓ | |
| Social Worker or Counselor | Janie Rattien, LICSW | | |
| Student | | | |
| Other Grandmother | Beverly J Jones | ✓ | |
| Other Clinical Psychologist | Dennis Westen, PhD | ✓ | |
| Other Social Worker DCPS | Maria T. O'Everett | ✓ | |

* Each MDT member shall certify in writing whether the report reflects his/her conclusion. If it does not reflect his/her conclusion, the team me



DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

**INITIAL PLACEMENT**

Student _Courtney Robinson_    DOB_12/31/95_    Age _8_    Meeting Date _11/29/04_

Address _909 4th Street, N.E._    Telephone (W) _0_    (H)_(202) 546-8503_
                                                    _cell 202-549-0067_

Dear Parent:

You have been provided a copy of the "Procedural Safeguards -- Parents Rights" booklet. We would like to remind you at this time that:
- granting consent is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all necessary action to provide appropriate service(s) and may be required t initiate due process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the process indicated below.

_X_ Initial Placement

After development of an IEP, the MDT, with the parent, determined that your child will receive special education and related services at _J.O. Wilson_ _____ school, for:

___ 0% - 20%,          _X_21% - 60%,  or          ___61% - 100%,

**Parent Response Section:**

I give permission for District of Columbia Public Schools to proceed with the initial placement for my child.

_Michelle R. Robinson_                    _11/29/04_
Parent/Guardian Signature                  Date

District of Columbia Public Schools          Division of Special Education          April 30, 2001
Consent for Initial Placement

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**

**MULTIDISCIPLINARY TEAM (MDT)**

**PRIOR NOTICE**

Check Purpose:
- ☒ Initial Evaluation
- ☒ Initial Placement
- ☐ Reevaluation
  - ☐ Change in Category Exit
  - ☐ Related Service Add
  - ☐ Related Service
  - ☐ Change in Placement
  - ☐ Other _____

Date  11/29/04

Student  Robinson          Courtney          DOB  12/31/95

School  J.O. Wilson

Current Disability Category  Learning Disabled

Setting  J.O. Wilson

Dear  Mrs. Robinson

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:
- ☒ Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- ☐ Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- ☐ Other _____

**A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)**

- ☐ Your child is not eligible for special education service(s).
- ☐ Your child is eligible or continues to be eligible to receive special education services as a student with _____
- ☒ Your child will begin receiving  Speech / language  as a related service(s).
- ☐ Your child will no longer receive _____ as a related service(s).
- ☐ Your child's category of disability is being changed from _____ to _____
- ☐ Your child's alternative placement on continuum (next setting) is being changed,
  - from _____ to _____
- ☐ Your child is no longer eligible and will be exited from the special education program.
- ☐ Other: _____

**Description and Explanation of agency action proposed or refused.**

Out of General Ed refused rejected 1/08
General Ed / Spec. Ed. Combination / accepted due to Learning disability

**Description of Other Options Considered and reasons for rejection of each option**

General Ed / Spec Ed Combination setting setting is rejected due to need for more specialized instruction.

Other relevant factors to the decision- _____

MDT Members:
- ☒ Principal or Designee
- ☒ Parent
- ☐ Student
- ☒ Social Worker
- ☒ General Education Teacher
- ☒ Special Education Teacher
- ☒ Speech and Language
- ☒ *LEA & Interpreter (*may be one)
- ☒ Psychologist
- ☒ Other: grandmother
_____

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the **Procedural Safeguards** for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards,
please contact  Gloria T. Everett  at  671-0882  (school telephone number).

See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

MDT Prior Written Notice to the Parent
07-02-2001                                                                                    1

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**
**MULTIDISCIPLINARY TEAM**
**(MDT)**

Student Courtney        Robinson        DOB 12/31/9 Age 8    Grade ____ ID 9051571

You have the right to challenge the recommendations by requesting Mediation or a Due Process Hearing before an impartial hearing officer. To initiate a mediation or hearing, you will need to complete a REQUEST FOR MEDIATION or DUE PROCESS HEARING form and mail it to the address listed below:

**Student Hearing Office**
D.C. Public Schools 825 North
Capitol Street, N.E. 8th floor
202-442-5432

You have the right to be represented at the hearing by legal counsel.
A copy of Parents Procedural Safeguards handbook is provided.
A list of free or low cost legal service, for which you may qualify depending on your income, is included.
If you would like an additional copy, please contact the principal.

**EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

☐ Wechsler Intelligence Scale for Children-III (WISC III) - commonly employed individually administered test designed to measure the intelligence of individuals aged 6 to 16 years. Date of Report _10/22/04_

☐ Wechsler Preschool and Primary Scale of Intelligence-Revised (WPPSI-R) - measures specific mental abilities and processes in ages 4 to 6 years. Date of Report _____

☐ Wechsler Adult Intelligence Scale-III (WIAS III) an individually administered test designed to measure the intelligence of individuals ages 16 and over. Date of Report _____

☐ Bayley Scales of Infant Development-II - an individually administered instrument that measures motor, mental and social development in infants and children from 1 month to 42 months of age. Date of Report _____

☐ Wechsler Individual Achievement Test (WIAT)- a commonly used individually administered instrument designed to assess the educational achievement of children and adolescents in areas of basic reading, mathematics reasoning, spelling, reading comprehension, numerical operations, listening comprehension, oral expression, and written expression. Date of Report _____

☐ Peabody Individual Achievement Test-Revised (PIAT-R) - an individually administered test measuring achievement in areas of general information, reading recognition, reading comprehension, spelling, written expression, and mathematics. Date of Report _____

☐ Kaufman Test of Educational Achievement (KTEA) -an individually administered instrument measuring achievement skills in reading decoding, mathematics applications, spelling, reading comprehension, and mathematics computation. Date of Report _____

☑ Woodcock-Johnson Psycho-Educational Battery - a diagnostic and evaluation instrument composed of twenty-seven tests divided into three major parts: tests of cognitive ability, tests of achievement, and tests of interests. Date of Report _10/22/04_

☐ Bender Visual Motor Gestalt Test - measures perceptual motor skills to determine visual-motor gestalt functioning and neurological soft-signs in ages 4 to 12 years using the Koppitz Scoring System. Date of Report _____

☑ Developmental Test of Visual Motor Integration (VMI) -assesses visual perception and motor coordination in ages 3 years and up using a more structured booklet format. Date of Report _10/22/04_

☐ Children's Apperception Test - a projective story-telling technique for personality evaluation in ages 5 to 10 years. Date of Report _____

☐ Thematic Apperception Test - a projective story-telling technique for personality evaluation in older children and adolescents. Date of Report _____

☐ House-Tree-Person - a projective drawing technique providing insight into personality structure, physical concerns, and social-emotional adjustment in children and adolescents. Date of Report _____

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**
**MULTIDISCIPLINARY TEAM**
**(MDT)**

Student _Courtney Robinson_ DOB_12/31/96_ Age _8_ Grade ____ ID _____

- [ ] **Kinetic Family Drawing** - a projective drawing technique measuring one's perception of her family and her role within the family.
  Date of Report _____

- [ ] **Rorschach Psychodiagnostic Test** - a projective measure y which one's responses to inkblots reveal personality structure, ego strengths and reality testing in ages 3 and older. Date of Report _____

- [ ] **Goodenough-Harris Drawing Test** -a projective drawing procedure measuring intellectual perceptual-motor maturity and personality through the use of drawings of self and a member of the opposite sex in ages 3 to 15.11 years. Date of Report _____

- [x] **Conner's Parent and Teacher Rating Scales** – a paper-and-pencil instrument measuring problem behaviors of children and adolescents as reported by the child's teacher, parents, or alternate care-giver. Date of Report _10/22/04_

- [ ] **The Vineland Adaptive Behavior Scales** - assesses adaptive and social competency skills. Date of Report _____

- [ ] **Test of Language Development Primary - Revised (TOLD-P)** - measures primary language proficiency and specific strengths and weaknesses in language skills. Date of Report _____

- [ ] **Kaufman Assessment Battery for Children** - assesses the ability to solve problems using simultaneous and sequential metal processes in four global areas: Sequential Processing, Simultaneous Processing, Mental Processing, and Achievement. Date of Report _____

- [ ] **Preschool Language Scale** - measures auditory comprehension and verbal ability skills. Date of Report _____

- [x] **Oral Peripheral Speech Examination** – a procedure to determine whether the examinee can appropriately use the lips, tongue, mouth, etc.
  Date of Report _10/27/04_

- [ ] **Clinical Evaluation of Language Fundamentals – III** - assesses the child's language functioning including processing and production.
  Date of Report _____

- [x] **Expressive One Word Picture Vocabulary Test** – assesses the child's single word expressive vocabulary. Date of Report _10/27/04_

- [x] **Receptive One Word Picture Vocabulary Test** assesses the child's single word receptive vocabulary. Date of Report _10/27/04_

- [ ] **Goldman-Fristoe Test of Articulation** - assesses the production of consonants in simple and complex contexts. Date of Report _____

- [ ] **Peabody Picture Vocabulary Test-Revised** - individually administered, multiple choice test measuring nonverbal, receptive vocabulary.
  Date of Report _____

- [ ] **Fisher-Logemann Test of Articulation Competence** - assesses articulation proficiency with single sounds, consonant blends, and vowel production.
  Date of Report _____

- [x] **Classroom Observation** - assesses present functioning of the student within the classroom environment.

**Free or Low Cost Legal Services**

Neighborhood Legal Services
701 4' Street, N.E.
Washington, D.C. 20001
202-682-2700 (NW)
202-682-2732 (NE)
Fax 202-682-0588

Neighborhood Legal
Services 1213 Good Hope
Road, S.E. Washington, D.C.
20020 202-678-2000
Fax 202-889-3374

University Legal Services
300 1 Street, N.E.
Washington, D.C. 20002
202-547-0198
Fax 202-547-2662

The Children's Law Center Inc. 1050
Connecticut Avenue, N.W. Suite 1200
Washington Square
Washington, D.C. 20036-5317
202-467-4900
Fax 202-467-4949

National Coalition for Students
with Disabilities
10560 Main Street, Suite 417
Fairfax, VA 22030
703-267-6588        (fax) 703-267-6992

# EXHIBIT 7

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## WASHINGTON, D.C.
## INDIVIDUALIZED EDUCATIONAL PROGRAM

DCPS - IEP  Page 1 of 4

Additional Comments: ☐

### IDENTIFICATION INFORMATION

**Student Name:** Last ROBINSON    First COURTNEY    MI

**Student ID** 9051571    **Soc. Sec. No.** 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    **Age:** 9    **Grade** 05

**Gender** ☐ M  ☒ F    **Date of Birth** 12/31/1995    **Ethnic Group** Black

**Address** 909  4th St    NE

House No.    Street Name    Washington    DC    20002
City    State    Zip Code    Quadrant    Apartment #

☐ Non-attending

**Attending School** Ludlow-Taylor Elementary    **Home School**

☒ Elem.  ☐ Mid/JHS  ☐ SHS  ☐ CWS /

**Parent**    Ms. Robinson/Ms. Sutton-Brock-Educational Advocate

**Address of (if different from student):**    ☒ Parent  ☐ Guardian  ☐ Surrogate

House No.    Street Name    Quad    Apt. No.    City    State    Zip Code

**Telephone: Home** (202) 546-8503    **Work**

### II. CURRENT INFORMATION

**Date of IEP Meeting:** 11/03/2005

**Date of Last IEP Meeting:** 11/29/2004

**Date of Most Recent Eligibility Decision:** 11/29/2004

**Purpose of IEP Conference:**
☐ Initial IEP    ☒ Review of IEP
☐ Requested Eval.    ☐ 3yr ReEval

Indicate Level of Standardized Assessment:
Level III

**ADDENDA TO BE ATTACHED AS NEEDED**
Check the appropriate box(es)

☐ BEHAVIOR    ☐ TRANSPORTATION
☐ ESY    ☐ TRANSITION

### III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | English | English | Native Language | Oral |
| Parent | English | English | English | Native Language | Rdg./Written |
| Home | English | English | English | Native Language | Instrument: |
| | | | | | Date: |

### IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | GenEd Ses. | GenEd Time | GenEd Total | SpacEd Ses. | SpacEd Time | SpacEd Total | Hr./Min | D/W/M | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # | DURATION wks/mos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Specialized Instruction | 0.00 | 0.00 | 0.00 | 5.00 | 2.00 | 10.00 | Hrs | Week | Special Education Teacher/F | 11/04/2005 | 10 | Month |
| Speech-Language | 0.00 | 0.00 | 0.00 | 1.00 | 0.50 | 0.50 | Hrs | Month | Speech and Language Thera | 11/04/2005 | 10 | Month |
| Psychological Services | 0.00 | 0.00 | 0.00 | 1.00 | 0.50 | 0.50 | Hrs | Month | School Social Worker | 11/04/2005 | 10 | Month |

**TOTAL HOURS:** 0.00    10.25    **Total Combined Hours Per Week:**

### V. Disability(ies) Learning Disabled

Percent of time in Specialized Instruction and Related Services
☐ 0-20%    ☒ 21-60%    ☐ 61-100%

Percent of time NOT in a General Education Setting    32.00%

☐ (Check if setting is general Ed.)

### VI. IEP TEAM (Participants in the development of the IEP) — Print and sign your name below:

Michelle Robinson
Parent/Guardian

Jon M. Reanen
Special Ed

Jayson Chang
General Ed Teacher

LaKeasha Hart
LEA Representative

LaKeasha Hart
Principal or Designee

Student

Deborah Squirewell
School Social Worker

Eva Gustafson
Speech Therapist

✓ I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.    Parent/Guardian Signature    Date

| Student Name | COURTNEY    ROBINSON | | Managing School | Ludlow-Taylor Elementary | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number | 9051571 | DOB 12/31/1995 | Attending School | Ludlow-Taylor Elementary | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**     Additional Comments: ☐                                    Goal Number: ☐ I

Area addressed by goal:  Academic Areas: Reading

**ANNUAL GOAL: (including mastery criteria.)**

Courtney will demonstrate one year's worth of growth in reading comprehension and synthesis abilities.

Provider(s): Special Education Teacher/Resource Room Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Courtney will make judgements about plot, setting chracters and events and support them with eveidence from the text with 80% accuracy. | | Quarterly |
| Courtney will interpret information from graphic representations (charts, maps, diagrams, illustrations, tables and timelines) of text with 80% accuracy. | | Quarterly |
| Courtney will read and prepare reports for 15 grade level books with 80% accuracy and attention to detail. | | Quarterly |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☒ Portfolio  ☐ Log  ☐ Chart  ☒ Test  ☐ Documented Observation  ☐ Report  ☐ Other

| Student Name | COURTNEY ROBINSON | | Managing School | Ludlow-Taylor Elementary | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number | 9051571 | DOB 12/31/1995 | Attending School | Ludlow-Taylor Elementary | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | Goal Number: 2 |
|---|---|---|

Area addressed by goal: Academic Areas: Math

**ANNUAL GOAL: (including mastery criteria.)**

Courtney will demonstrate at least one year's growth in math reasoning and computational skills.

Provider(s): Special Education Teacher/Resource Room Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Courtney will describe functions related to coin trades and make change from various amounts under $5 with 80% accuracy. | | Quarterly |
| Courtney will represent multiplication as repeated addition and demonstrate proficiency with facts 0-5 with 80% accuracy. | | Quarterly |
| Courtney will understand the concepts of fractions (using the words numerator and denominator) as well as recognize, name and write commonly used fractions 1/2, 2/3, and 3/4 with 80% accuracy. | | Quarterly |
| Courtney will use conventional algorithms for addition of tw 3-digit numbers and subtraction of two 3-digit numbers with regrouping and borrowing respectively with 80% accuracy. | | Quarterly |
| Courtney will extract and apply math words from word problems (addition, subtraction and multiplication) with 80% accuracy. | | Quarterly |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☒ Portfolio ☐ Log ☐ Chart ☒ Test ☐ Documented Observation ☐ Report ☐ Other _____

District of Columbia Public Schools     07-02-2001     Division of Special Education     Appendix - A     IEP Page 3 of 4

| Student Name | COURTNEY | ROBINSON | | Managing School | Ludlow-Taylor Elementary | | DCPS - IEP |
|---|---|---|---|---|---|---|---|
| Student ID Number | 9051571 | | DOB 12/31/1995 | Attending School | Ludlow-Taylor Elementary | | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**     Additional Comments: ☐                              Goal Number: 3

Area addressed by goal: Academic-Written Expression

**ANNUAL GOAL: (including mastery criteria.)**

Courtney will demonstrate one years worth of growth in written expression with attention to punctuation, sentence and paragraph structure.

Provider(s): Special Education Teacher/Resource Room Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Courtney will identify and apply the four kinds of sentences with 80 % accuracy. | | Quarterly |
| Courtney will correctly read and form the lower and upper case cursive alphabet with 80% accruacy. | | Quarterly |
| Courtney will establish a central idea with a topic sentence and write at least 3 supporting sentences with 80% accuracy. | | Quarterly |
| Courtney will revise writing to improve word choice, level of detail, capitalization and punctuation with 80% accuracy. | | Quarterly |
| Courtney will demonstrate understand of the writing process in edited summaries of books and stories with 80% accuracy. | | Quarterly |
| | | |

**EVALUATION PROCEDURE(S)**

☒ Portfolio  ☐ Log  ☐ Chart  ☒ Test  ☐ Documented Observation  ☐ Report  ☐ Other _____

District of Columbia Public Schools     07-02-2001     Division of Special Education     Appendix - A     IEP Page 3 of 4

Student Name _Courtney Kolunian_    Managing School _Ludlow Taylor_    DCPS - IEP
Page 3 of 4

Student ID Number _905157_    DOB _12/31/95_    Attending School _Ludlow Taylor_

**VIII. SPECIALIZED SERVICES**    Additional Comments:    Goal Number: [  ]

Area addressed by goal: _Social Emotional Development._

ANNUAL GOAL: (including mastery criteria) _____

To improve social emotional development.

Mastery of goal with 80 % accuracy.

Provider(s): _Social Worker / Psychologist / Special Education Teacher / General Education Teacher_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 1. Courtney will learn how to process stressful situations by verbalizing her thoughts and feelings clearly. | | Monthly |
| 2. Courtney will demonstrate improved self confidence by her willingness to tackle difficult assignments instead of shutting down. | | Monthly |
| 3. Courtney will improve her frustration tolerance level in her school setting. | | Monthly |
| 4. Courtney will increase attention to task with decreasing need for redirection / refocusing by teacher. | | Monthly |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio    (Log)    Chart    Test    (Documented Observation)    Report    Other

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## WASHINGTON, D.C.
### INDIVIDUALIZED EDUCATIONAL PROGRAM

DCPS - IEP  Page 1 of 4

Additional Comments: ☐

## I. IDENTIFICATION INFORMATION

**Student Name: Last** Robinson    **First** Courtney    **MI**

**Student ID** 9051571    **Soc. Sec. No.** 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    **Age:** 10    **Grade** 06

**Gender** ☐ M  ☒ F    **Date of Birth** 12/31/1995    **Ethnic Group** Black

**Address** 909  4th St NE    NE
House No.    Street Name    Quadrant    Apartment #

☐ Non-attending    Washington    DC    20002
City    State    Zip Code

**Attending School** Ludlow-Taylor Elementary    **Home School**

☒ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS /

**Parent** Ms. Robinson

**Address of (if different from student):** ☒ Parent ☐ Guardian ☐ Surrogate

House No.    Street Name    Quad    Apt. No.    City    State    Zip Code
**Telephone: Home** (202) 546-8503    **Work**

### II. CURRENT INFORMATION

**Date of IEP Meeting:** 09/12/2006

**Date of Last IEP Meeting:** 11/03/2005

**Date of Most Recent Eligibility Decision:** 11/29/2004

**Purpose of IEP Conference:**
☐ Initial IEP    ☒ Review of IEP
☐ Requested Eval.    ☐ 3yr ReEval.

**Indicate Level of Standardized Assessment:**
Level III

**ADDENDA TO BE ATTACHED AS NEEDED**
Check the appropriate box(es)

☐ BEHAVIOR    ☐ TRANSPORTATION
☐ ESY    ☐ TRANSITION

## III. LANGUAGE

| III. LANGUAGE | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements |
|---|---|---|---|---|
| Student | English | English | English | Native Language |
| Parent | English | English | English | Native Language |
| Home | English | English | English | Native Language |

**To be completed by Office of Bilingual Education English and Math Proficiency Assessment**
Oral
Rdg./ Written
Instrument:
Date:

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd Ses. | Time | Total | SpecEd Ses. | Time | Total | FREQUENCY Hr./Min | D/W/M | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # | wks/mos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Specialized Instruction | 0.00 | 0.00 | 0.00 | 1.00 | 10.00 | 10.00 | Hrs | Week | Special Education Teacher | 09/12/2006 | 10 | Month |
| Speech-Language | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | Hrs | Month | Speech and Language Thera | 09/12/2006 | 10 | Month |
| Social Work Services | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | Hrs | Month | School Social Worker | 09/12/2006 | 10 | Month |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **TOTAL HOURS:** | | 0.00 | | | 10.50 | | **Total Combined Hours Per Week:** | | | | | |

## V. Disability(ies) Learning Disabled

Percent of time in Specialized Instruction and Related Services
☐ 0-20%  ☒ 21-60%  ☐ 61-100%

☐ (Check if setting is general Ed.)    Percent of time NOT in a General Education Setting  32.00%

## VI. IEP TEAM (Participants in the development of the IEP)    Print and sign your name below.

Michelle Robinson    *[signature]*
Parent

Ms. Rebecca Barnes    *[signature]*    Student
Special Ed    Speech Pathologist    *[signature]*
Mrs. Arakere B. Sherron

Ms. De Guzman    *[signature]*    Social Worker
General Ed Teacher    Bridgett Sherron

Mrs Brenda Clark-Gales    *[signature]*    Psychologist    *[signature]*
LEA Representative    Mrs. Brenda Kinsler

Dr. Donald Presswood    *[signature]*
Principal or Designee    Vanessa Stokes    *[signatures]*    Carmela Davis    Psych, dwg, y Studen

*I AGREE* with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

**Parent/Guardian Signature**    **Date**

*Susan Pfister Carfonger  SLP  grntn mr. Shrl Psyc  Prechson Shl*

| Student Name | Courtney | Robinson | | Managing School | Ludlow-Taylor Elementary | DCPS - IEP |
|---|---|---|---|---|---|---|
| Student ID Number 9051571 | | DOB 12/31/1995 | | Attending School | Ludlow-Taylor Elementary | Page 2 of 4 |

## VII. Present Educational Performance Levels in Areas Affected by the Disability

**Additional Comments:** ☐

**Academic Areas: (Evaluator)** R. Barnes, Special Education Teacher

**Score(s) When Available**

Math Cal.  2.6
Math Rea.  1.0

**Math Strengths:**

Basic addition and subtraction without and with regrouping. Basic multiplicatiion and division.

Impact of disability on educational performance in general education curriculum:

Abstract math reasoning and multi-step directions impact upon academic grade level.

See goal page: 1
Date: 09/11/2006

Rdg. Com  4.6
Rdg. Basic  5.5
Written Ex.  4.6

**Reading Strengths:**

Sight words vocabulary and decoding skills.

Impact of disability on educational performance in general education curriculum:

Reading Comprehension impacts upon academic grade level success.

See goal page: 2
Date: 09/11/2006

**Communication (Speech & Language) (Evaluator)** J. Edghill

**Score(s) When Available**

Exp.Lang.  83
Rec- Lang.  83
Artic  WNL
Voice  WNL
Fluency  WNL
Exp. Voc.  83
Rec. Voc.  97

**Strengths:**

Talkative and motivated. Formulates completes sentences. Communicates clearly.

Impact of disability on educational performance in general education curriculum:

N/A

See goal page:  3
Date: 09/11/2006

**Motor/Health (Evaluator)**

**Score(s) /Results When Available**

**Strengths:**

Impact of disability on educational performance in general education curriculum:

See goal page:
Date:

**Social Emotional Behavioral Areas: (Evaluator)** Dr. Deborah Squirewell

**Score(s) When Available**

00

**Strengths:**

Very pleasant and respectful. Get along with peers and adults.

Impact of disability on educational performance in general education curriculum:

Low frustration tolerance level and tendency to not focus on difficult tasks impacts upon social emotional development.

See goal page:  4
Date: 09/11/2006

**Cognitive/Adaptive Behavior: (Evaluator)**

**Score(s) When Available**

**Strengths:**

Impact of disability on educational performance in general education curriculum:

See goal page:
Date:

**Prevocational Skills: (Evaluator)**

**Score(s) When Available**

**Strengths:**

Impact of disability on educational performance in general education curriculum:

See goal page:
Date:

| Student Name | Courtney Robinson | Managing School | Ludlow Taylor | DCPS - IEP |
| Student ID Number | 9055571 | DOB 12/31/95 | Attending School | Ludlow Taylor | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**     Additional Comments:          Goal Number: [   ]

Area addressed by goal:  Communication

**ANNUAL GOAL: (including mastery criteria.)**

Courtney will improve auditory comprehension, to a level as specified by the objective below:

Provider(s):  Speech Pathologist / General Ed. Teacher/Spec. Ed. Teacher.

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Courtney will use compensatory strategies (such as repetition, visualization, making information self-relevant, or others as determined appropriate) to answer questions about stories and/or summarize stories, with 80% accuracy. | | Monthly |
| | | |
| | | |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

| Portfolio | Log | Chart | Test | Documented Observation | Report | Other _____ |

District of Columbia Public Schools     07-02-2001     Division of Special Education     Appendix - A     IEP Page 3 of 4

| Student Name | COURTNEY ROBINSON | | Managing School | Ludlow-Taylor Elementary | DCPS - IEP |
| Student ID Number | 9051521 | DOB 12/31/1995 | Attending School | Ludlow-Taylor Elementary | Page 4 of 4 |

**Additional Comments:** ☐

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
### SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in general education?  ☐ Yes ☒ No

Explanation for removal out of regular education classroom.

> Student is significantly below grade level and requires intensive/individualized instruction

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING GenEd | SpEd | Total | FREQUENCY Hr./ Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing:   ☐ None needed

| | |
|---|---|
| Timing/Scheduling: | Extended time |
| Setting: | Preferential seating |
| Presentation: | Simplified directions |
| Response: | |
| Equipment: | |

## XI. STATE AND DISTRICT ASSESSMENTS:

☐ Level I   Tested with non-disabled peers under standard conditions without accommodations.

☒ Level III   (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations.

☐ Level V   Portfolio.

☐ Level II   (Describe accommodations for level II) Tested under standard conditions with special accommodations.

☐ Level IV   (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:

☒ Reading   ☐ Physical/Sensory   ☐ Transition
☒ Mathematics   ☒ Social Emotional   ☐ Vocational
☒ Written Expression   ☐ Physical Development   ☐ Independent Living
☐ Other: _____   ☒ Speech/Language
☐ None

**Modifications:**
☒ Language Arts/English
☐ Social Sciences
☐ Biological & Physical Sciences
☐ Fine Arts

Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| In General Education Classroom Setting | Rejected | Continued school failure |
| Out of General Education Classroom | Rejected | Exposure to general education curriculum |
| Combination General Education and Resource Classrm | Accepted | Impact on self-esteem |
| | | |
| | | |

Modification(s)/Accommodation(s) to address the harmful effects:

| Student Name | Courtney | Robinson | | Managing School | Ludlow-Taylor Elementary | DCPS - IEP |
| Student ID Number | 9051571 | | DOB | 12/31/1995 | Attending School | Ludlow-Taylor Elementary | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐    Goal Number: ☐ 2

Area addressed by goal: Academic Areas: Reading

**ANNUAL GOAL:** (including mastery criteria.)

Courtney will demonstrate one year's academic growth in reading comprehension with 80% accuracy.

**Provider(s):** Special Education Teacher/Resource Room Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Identify the main idea in a story with 80% accuracy. | | Weekly |
| Predict outcome and draw conclusions in a story with 80% accuracy. | | Monthly |
| Identify inferences in a story with 80% accuracy. | | Monthly |
| Identify cause and effect in a story with 80% accuracy. | | Monthly |
| Sequence events in a story with 80% accuracy. | | Monthly |
| Read and prepare for 15 grade level books with 80% accuracy. | | Monthly |

| **EVALUATION PROCEDURE(S)** |
|---|
| ☒ Portfolio  ☐ Log  ☐ Chart  ☒ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____ |

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

## DOCUMENTED LEVEL OF SERVICE
Complete and attach to MDT/IEP meeting notes

| School  Ludlow-Taylor Elementary | Principal  Dr. Donald Presswood | Special Education Coordinator  LaKeasha Hart |
|---|---|---|
| Date: 11/03/2005   Case Manager  Jon Bennett | | Assistant Director  Cynthia Bell |

| Student  COURTNEY | ROBINSON | DOB 12/31/1995  Age  9   Grade  05  ID# 9051571 | SSN# 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 |
|---|---|---|---|

Parent  Ms. Robinson/Ms. Sutton-Brock-Educ  Telephone (H) (202) 546-8503          (W)

Address: 909    4th St
Street #    Street                                          NE     Washington                        DC    20002
                                                        Quad  Apt. No.  City                        State   Zip Code

REFERRAL SOURCE: (Check)    ☐ 120 Day    ☐ Reeval.    ☐ HOD    ☐ SA    ☐ MA    ☒ Annual

☐ Nonpublic    ☐ Residential    ☐ Citywide    ☐ Courts    ☒ Local School    ☐ Other:

Previous least restrictive environment (LRE Setting):    Combination general education and resource classroom

---

## JUSTIFICATION FOR SETTING CONSIDERATION
### (Submit TAT/MDT Documentation)
SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMMODATIONS/ MODIFICATIONS | 3. DATA REQUIREMENTS | | |
|---|---|---|---|
| Simplified directions, Extended time, Preferential seating | Current IEP | Yes ☒ | No ☐ |
| | Signatures of required participants (MDT notes) | Yes ☒ | |
| | Intervention Behavior Plan | Yes ☐ | |
| | Copies of current class work and homework assignments | Yes ☒ | |
| | Medical Reports | Yes ☐ | No ☒ |
| | Clinical Reports | Yes ☐ | No ☒ |
| | Psychiatric Reports | Yes ☐ | No ☒ |
| | Medications: | Yes ☒ | No ☐ |
| | Attendance Record | Yes ☒ | |
| | Copies of most recent evaluation(s) | Yes ☒ | |

| 4. Results of all interventions. (TAT, MDT, etc  and attach meeting notes.) | 5. Resources needed for program implementation |
|---|---|
| IEP Reviewed/Developed | None |

---

## 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | ☐ in general education classroom setting | ☐ general educators with consultation from special education staff | ☐ between 0% and 20% of service time |
| 2 | ☒ combination general education and resource classroom | ☒ combination of general educators, special educators and related service providers | ☒ between 21 % and 60% of service time |
| 3 | ☐ out of general education classroom | ☐ special educators and related service providers | ☐ between 61 % and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings).

Check the level of need as indicated:
### DIRECTIONS:

| If two or three boxes are checked in the Row 1, check LOW. If two or three boxes are checked in the Row 2, check MODERATE. If two or three boxes are checked in the Row 3, check HIGH. | If one box is checked in each row, check either MODERATE or HIGH, depending on the need of the student. |
|---|---|

## 7. LEVEL OF NEED

| ☐ LOW | ☒ MODERATE | ☐ HIGH |
|---|---|---|

07-02-2001                                        Attention: Technical Support Supervisor, Compliance Team

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE _____

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: Annual Review   Page 2 of 5

STUDENT: Courtney Robinson SCHOOL Ludlow-Taylor DATE 11/3/06

**Report from Teacher(s)**

I feel that to properly address Courtney's IEP needs Through assessment we really need to focus on math but that her reading and reading comprehension is on or just below grade level. Also, due to her needs for repeated directions and sometimes responding with questions that may have just been asked. Consistent with Courtney's audiological review I feel that she may have some aural comprehension difficulties. I do not feel Courtney needs a behavior intervention plan. Jaye Az (Teacher)

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT _Courtney Robinson_ SCHOOL _Ludlow-Taylor_ DATE: _11/2/05_

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| LaKeasha Hart | LaKeasha Hart | Spec Ed Coord |
| Eva B. Gustafson | _(signature)_ CC-SLP | Speech Pathologist |
| Anastasia Anuzu | A. Anuzu CC-A | Audiologist |
| Michelle Robinson | Michelle R Robinson | Mother |
| Dr. Deborah Squirewell | Dr. Deborah Squirewell | Social Worker |
| Jayson Chang | _(signature)_ | Teacher (5th Grade) |
| Von M. Bennett | _(signature)_ | Spec Educator |

The purpose of this meeting is to review and revise current IEP. All parties introduced themselves. The Parent's Procedural Manual was discussed. Student is identified as having a disability and requires specialized services to access the regular education curriculum.

**Report from Parent**

Mom reports that Courtney continues to have difficulty in the area of math. She has difficulty counting money. Courtney's strengths are reading and overall comprehension. Mom states that she reads at home. Mom states that Courtney is taking Concerta for ADHD.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE _____

MULTIDISCIPLINARY TEAM (MDT)          Page 3 of 6
CONTINUATION MEETING NOTES
MEETING TYPE: *Annual Review*

STUDENT: *Courthey Robinson* SCHOOL: *Ludlow-Taylor* DATE: *11/2/06*

---

**Report from Teacher(s)**

See attached write-up for details. There is also a report attached (Engine CIBS-E) as an indicator of academic progress.

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, DC**

MDT REFERRAL DATE: _____

**MULTIDISCIPLINARY TEAM (MDT)**
**CONTINUATION MEETING NOTES**

Page: 4 of 6

MEETING TYPE: _Annual Review_

STUDENT: _Courtney Robinson_  SCHOOL: _Ludlow-Taylor_ DATE _11/3/05_

This writer has consulted with Courtney's special
education and general education teachers. Courtney
is a very pleasant and respectful young lady. She
is experiencing difficulty with her frustration tolerance
level with difficult assignments. Consultative services
will continue to be provided 1x30 minutes monthly.

Dr. Deborah Squirewell
MSW, MA, LCSW, DPCCCFC

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE _____ _____ _____    MULTIDISCIPLINARY TEAM (MDT)    Page _5_ of _6_
CONTINUATION MEETING NOTES
MEETING TYPE: *Annual Review*

STUDENT: *Courtney Robinson* SCHOOL: *Ludlow-Taylor* DATE: *11/3/05*

**Report from Related Service Provider(s)** *Elodfistr ccsr speech pathologist: Courtney has made excellent progress this year. She has mastered 7/8 objectives set in her IEP and has shown significant progress towards meeting the remaining objective (improving word retrieval). Her general education teacher said she is doing well academically. He stated she reads and appears to understand what she reads, follows directions, and communicates effectively. He stated she has some difficulty understanding oral information and following directions. In speech therapy she has been utilizing visual imagery, restating/repeating to improve her auditory comprehension. These strategies have greatly improved her auditory comprehension weakness. Her general ed. teacher stated her primary area of difficulty is math. Due to her overall success with therapy and in the classroom, continued service was recommended on a 30 min/month, consultation basis to reinforce strategy use in the classroom. Parent is in agreement.*

**Specialized Services Needed**          **Level of Standardized Testing** _III_

| **Specialized Instruction:** | 10 | hours per week |
| **Speech Therapy** | 30 | ~~hours per week~~ minutes per month consultation. |
| **Psychological Services** | 30 | minutes per month ~~hours per week~~ |
| **Other Services** N/A | ___ | hours per week |
| **Other Services** N/A | ___ | hours per week |

**Level of Standardized Testing:** _III_
**Accommodations and Modifications:**
**Placement discussion:** *Placement in a combination general education/resource classroom will meet student's needs.*
**Placement Location:** *Ludlow-Taylor ES*

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE:_____

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: Annual Review

Page: 6 of 6

STUDENT: Courtney Robinson    SCHOOL Ludlow-Taylor  DATE 11/3/05

note: Parent stated she felt comfortable proceeding with the meeting in the absence of the advocate.

Parents agreed with the reduction of specialized instruction hours. All service providers stated that she likes to be in the regular (courtney) education classroom. Courtney is also reluctant to be pulled out for services. Team members gave examples.

DCPS is willing to provide compensatory services in the form of ESY. However, data will determine if services are still owed. Ms. Hart is in the process of obtaining documents. Compensatory education services will be discussed at a later date (before school year ends.) Parent is O.K. with this.

Teachers and service providers shared their work with Courtney and progress towards academic goals.

# EXHIBIT 8

| Student Name | Courtney | Robinson | | Managing School | Ludlow-Taylor Elementary | | DCPS - IEP |
|---|---|---|---|---|---|---|---|
| Student ID Number 9051571 | | DOB 12/31/1995 | | Attending School | Ludlow-Taylor Elementary | | Page 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | **Additional Comments:** ☐ | **Goal Number:** 3 |
|---|---|---|

**Area addressed by goal:** Written Expressiion

**ANNUAL GOAL:** (including mastery criteria.)

Courtney will demonstrate one year's growth in written expression with 80% accuracy.

**Provider(s):** Special Education Teacher/Resource Room Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Spell a weekly list of spelling words with 80% accuracy. | | Weekly |
| Identify and write the four kinds of sentences with 80% acccuracy. | | Weekly |
| Identify a topic sentences with 80% accuracy. | | Monthly |
| Construct a short paragraph with 80% accuracy. | | Weekly |
| Identify prefixes and suffixes with 80% accuracy. | | Monthly |
| Identify a noun, pronoun, verb, and adjective with 80% accuracy. | | Monthly |

**EVALUATION PROCEDURE(S)**

☒ Portfolio  ☐ Log  ☐ Chart  ☒ Test  ☒ Documented Observation  ☒ Report  ☐ Other _____

DRAFT

| Student Name | Courtney Robinson | Managing School | Ludlow-Taylor Elementary | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9051571    DOB 12/31/1995 | Attending School | Ludlow-Taylor Elementary | Page 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | Additional Comments: ☐ | Goal Number: 4 |
|---|---|---|

Area addressed by goal: Social Emotional Behavioral

**ANNUAL GOAL:** (including mastery criteria.)

To improve social emotional development.

Mastery of goals with 80% accuracy.

Provider(s): School Social Worker, Psychologist, Special Educat

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Courtney will learn to process stressful situation by verbalizing her thoughts and feelings clearly. | | Monthly |
| Courtney will demonstrate improve self confidence by her willingness to tackle difficult assignments, instead of shutting down. | | Monthly |
| Courtney will improve her frustration tolerance level in her school setting. | | Monthly |
| Courtney will increase attention to task with decreasing need for redirection/ refocusing by her teacher. | | Monthly |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☒ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

| Student Name | Courtney | Robinson | | Managing School | Ludlow-Taylor Elementary | DCPS - IEP |
|---|---|---|---|---|---|---|
| Student ID Number | 9051571 | | DOB 12/31/1995 | Attending School | Ludlow-Taylor Elementary | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**   Additional Comments: ☐   Goal Number: 5

Area addressed by goal:  Speech Pathologist

**ANNUAL GOAL:** (including mastery criteria.)

Courtney will improve auditory comprehension to a level as specified by the objective below.

**Provider(s):** Speech and Language Therapist, Special Education T

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Courtney will use compensatory strategies such as repetition, visualization, making information self- relevant, and others as determined appropriate to answer questions about stories and /or stories, with 80% accuracy | | Monthly |
| | | |
| | | |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

| Student Name | Courtney | Robinson | | Managing School | Ludlow-Taylor Elementary | | DCPS - IEP |
| Student ID Number | 9051571 | | DOB 12/31/1995 | Attending School | Ludlow-Taylor Elementary | | Page 4 of 4 |

**Additional Comments:** ☐

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in <u>general education</u>? ☐ Yes ☒ No

Explanation for removal out of regular education classroom.

Student is significantly below grade level and requires intensive/individualized instruction

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING | | | FREQUENCY | | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | GenEd | SpEd | Total | Hr./Min | D/W/M. | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for <u>testing</u>: ☐ None needed

| | |
|---|---|
| Timing/Scheduling: | Extended time |
| Setting: | Preferential seating |
| Presentation: | Simplified directions |
| Response: | |
| Equipment: | |

## XI. STATE AND DISTRICT ASSESSMENTS:

☐ **Level I** Tested with non-disabled peers under standard conditions without accommodations.

☒ **Level III** (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

☐ **Level V** Portfolio:

☐ **Level II** (Describe accommodations for level II) Tested under standard conditions with special accommodations.

☐ **Level IV** (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:

Modifications:

| | | | | |
|---|---|---|---|---|
| ☒ Reading | ☐ Physical/Sensory | ☐ Transition | ☒ Language Arts/English | |
| ☒ Mathematics | ☒ Social Emotional | ☐ Vocational | ☐ Social Sciences | |
| ☒ Written Expression | ☐ Physical Development | ☐ Independent Living | ☐ Biological & Physical Sciences | |
| ☐ Other: | | ☐ Speech/Language | ☐ Fine Arts | |
| ☐ None | Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above. | | | |

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| In General Education Classroom Setting | Rejected | Continued school failure |
| Out of General Education Classroom | Rejected | Exposure to general education curriculum |
| Combination General Education and Resource Classro | Accepted | Impact on self-esteem |
| | | |
| | | |

Modification(s)/Accommodation(s) to address the harmful effects:

Last Updated By:                                                                                      DRAFT

## DOCUMENTED LEVEL OF SERVICE
### Complete and attach to MDT/IEP meeting notes

| School Ludlow-Taylor Elementary | Principal Dr. Donald Presswood | Special Education Coordinator Ms. Brenda Clark, S |
|---|---|---|

Date 09/12/2006   Case Manager Mrs. Brenda Clark-Gales   Assistant Director Cynthia Bell

Student Courtney   Robinson   DOB 12/31/1995 Age 10 Grade 06 ID# 9051571   SSN# 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

Parent Ms. Robinson   Telephone (H) (202) 546-8503   (W)

| Address: 909 4th St NE | | NE | Washington | | DC | 20002 |
|---|---|---|---|---|---|---|
| Street # Street | | Quad Apt. No. | City | | State | Zip Code |

REFERRAL SOURCE: (Check)  ☐ 120 Day  ☐ Reeval.  ☐ HOD  ☐ SA  ☐ MA  ☒ Annual

☐ Nonpublic  ☐ Residential  ☐ Citywide  ☐ Courts  ☒ Local School  ☐ Other:

Previous least restrictive environment (LRE Setting):   Combination general education and resource classroom

## JUSTIFICATION FOR SETTING CONSIDERATION
### (Submit TAT/MDT Documentation)
#### SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMMODATIONS/ MODIFICATIONS | 3. DATA REQUIREMENTS | | | | |
|---|---|---|---|---|---|
| N/A | Current IEP | Yes ☒ | No ☐ | | |
| | Signatures of required participants (MDT notes) | Yes ☒ | | | |
| | Intervention Behavior Plan | Yes ☐ | | | |
| | Copies of current class work and homework assignments: | Yes ☒ | | | |
| | Medical Reports: | Yes ☐ | No ☐ | | |
| | Clinical Reports: | Yes ☐ | No ☐ | | |
| | Psychiatric Reports | Yes ☐ | No ☐ | | |
| | Medications: | Yes ☐ | No ☒ | | |
| | Attendance Record | Yes ☒ | | | |
| | Copies of most recent evaluation(s) | Yes ☒ | | | |

| 4. Results of all interventions: (TAT, MDT, etc. and attach meeting notes.) | 5. Resources needed for program implementation |
|---|---|
| N/A | N/A |

## 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team.) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | ☐ in general education classroom setting | ☐ general educators with consultation from special education staff | ☐ between 0% and 20% of service time |
| 2 | ☒ combination general education and resource classroom | ☒ combination of general educators, special educators and related service providers | ☒ between 21 % and 60% of service time |
| 3 | ☐ *out of general education classroom | ☐ special educators and related service providers | ☐ between 61 % and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings.

### Check the level of need as indicated:
#### DIRECTIONS:

| If two or three boxes are checked in the Row 1, check LOW. If two or three boxes are checked in the Row 2, check MODERATE. If two or three boxes are checked in the Row 3, check HIGH. | If one box is checked in each row, check either MODERATE or HIGH, depending on the need of the student. |
|---|---|

## 7. LEVEL OF NEED

| ☐ LOW | ☒ MODERATE | ☐ HIGH |
|---|---|---|

DISTRICT OF COLUMBIA PUBLIC SCHOOLS

WASHINGTON, D.C.

**CONFIRMATION OF MEETING NOTICE**

Date: 09/12/2006

Ms. Robinson
_____
Parent / Guardian Name

909   4th St NE            NE
_____
Street #   Street          Quad   Apt. No.

WASHINGTON      DC  20002
_____
City                State   Zip Code

RE: Courtney          Robinson

SCHOOL: Ludlow-Taylor Elementary

ID NO. 9051571

DOB: 12/31/1995

Dear  Ms. Robinson

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. Your child's meeting is scheduled as follows:

Date: 09/12/2006      Time: 10:30 am      Place/Location:
| Ludlow Taylor ES --Conference Room |
| 659 G Street NE |
| Washington, DC  20018 |

The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Invited participants are listed under MDT members.

**\*The purpose of this meeting is to:**

- [X] \*\*develop/review IEP (including consideration of extended school year (ESY) services
- [X] \*\*review evaluation or reevaluation information
- [ ] develop the student evaluation plan (SEP)
- [X] discuss documented levels of service
- [ ] discuss consent for evaluations
- [ ] discuss termination of service(s)

- [ ] **discuss CompEd**
- [X] discuss placement
- [ ] determine manifestation
- [ ] discuss eligibility
- [ ] discuss transfer
- [X] discuss Personal Health Information (PHI)

- [ ] \*\*discuss CompEd
- [ ] \*consider transition services needs
- [ ] discuss quarterly review
- [ ] behavior plan review
- [ ] discuss request for evaluation(s)

- [ ] \*\*review records to support the completion of services as follows:

- [ ] Graduated
- [ ] Completion of IEP Requirements
- [ ] Certification of IEP
- [ ] Dropped Out
- [ ] Aged Out
- [ ] Other:
- [ ] Deceased
- [ ] Moved out of Jurisdiction

\*\*Placement will be discussed.

MDT Members:
- [X] Principal or Designee
- [X] Parent
- [X] LEA Representative
- [ ] Student

- [X] General Education Teacher
- [X] Special Education Teacher
- [ ] Speech and Language
- [ ] Social Worker

- [ ] Psychologist
- [ ] Other: _____

Parents may bring individuals to participate in the MDT meeting. These participants should have knowledge or special expertise regarding the child. The following individuals invited by parent: _____

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate
  \* _____     \* _____

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact  Ms. Brenda Clark, Special Educatiion Coordinator     at  (202) 698-3244     (school telephone number).

Sincerely,

DRAFT

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM (MDT)

**Prior to Action Notice**

Check Purpose:

☐ Initial Evaluation

☐ Initial Placement

☒ Reevaluation

    ☐ Change in Category Exit

    ☐ Related Service Add

    ☐ Related Service

    ☐ Change in Placement

    ☒ Annual

    ☐ Other  n/a

Date  09/12/2006

Student  Courtney          Robinson          DOB  12/31/1995

School  Ludlow-Taylor Elementary

Current Disability Category  LD

Setting  Combination general education and resource classroom

Dear  Ms. Robinson

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:

☐ Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.

☒ Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.

☐ Other _____

**A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)**

☐ Your child is not eligible for special education service(s).

☒ Your child is eligible or continues to be eligible to receive special education services as a student with  LD

☐ Your child will begin receiving _____ as a related service(s).

☐ Your child will no longer receive _____ as a related service(s).

☐ Your child's category of disability is being changed from _____ to _____

☐ Your child's alternative placement on continuum (next setting) is being changed,

    from _____ to _____

☐ Your child is no longer eligible and will be exited from the special education program.

☐ Other: _____

Location of Services  Ludlow-Taylor Elementary

**Description and Explanation of agency action proposed or refused.**

The MDT team has determine that a combination General Education/Resource classroom setting will meet this student's needs and allow this student to acess the regular education curriculum.

**Description of Other Options Considered and reasons for rejection of each option**

Full time placement in a regular education classroom rejected.
Placement in and out of the General Education Setting was rejected.

Other relevant factors to the decision-  N/A

MDT Members:  ☒ Principal or Designee     ☒ General Education Teacher     ☐ Psychologist
    ☒ Parent                   ☒ Special Education Teacher     ☐ Other: _____
    ☐ Student                  ☐ Speech and Language           _____
    ☐ Social Worker            ☒ *LEA & Interpreter (*may be one)  _____

Parents may bring individuals to participate in the MDT meeting. These participants should have knowledge or special expertise regarding the child. The following individuals invited by parent: _____

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the **Procedural Safeguards** for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards,
please contact  Ms. Brenda Clark, Special Educatiion Coordi     at  (202) 698-3244          (school telephone number).

See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

DRAFT

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

# Multidisciplinary Team
## (MDT)
## MEETING NOTES

### Annual IEP Review Meeting Notes

STUDENT: Courtney          Robinson                    SCHOOL: Ludlow-Taylor Elementary    DATE: 09/12/2006

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Michelle Robinson | | Parent/Guardian |
| Ms. Rebecca Barnes | | Special Ed |
| Ms. De Guzman | | General Ed Teacher |
| Mrs Brenda Clark-Gales | | LEA Representative |
| Dr. Donald Presswood | | Principal or Designee |
| | | Student |
| Speech Pathologist | | Mrs. Arakere |
| Social Worker | | Bridgett Sherron |

Attached

The Parent ☑ is present ☐ is not present at the meeting.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT _Courtney Robinson_     SCHOOL _Ludlow-Taylor ES_  DATE: _9|12|06_

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| *Michelle Renee Robinson | Mitchell R Robinson | Mother |
| Brenda L Clark-Gales | Brenda L. Clark-Gales | Special Ed. Coordinator |
| Annabella de Guzman | Annabella G | General Ed. Teacher |
| Rebecca C. Barnes | Rebecca C Barnes | Sp. Ed. Tchr. |
| Susan Phister-Cartwright | | School Psychology Practicum Student |
| Camille E. Davis | | School psychology Practicum Student |
| BRENDA K. KINSLER | M. Kinsler | Psychology |
| Bridgett Sherron | Bridgett Sh | Speech Pathologist |
| Corey Hamilton | Corey Hamilton | Education Advocate |

> **The purpose of this meeting is to review and revise current IEP.  All parties introduced themselves.  The Parent's Procedural Manual was discussed.  Student is identified as having a disability and requires specialized services to access the regular education curriculum.**

### Report from Parent

Mrs. Guzman (Gen. Ed.) stated that Courtney is demonstrating strong levels of difficulties in her math lessons. Ms. Robinson (parent) stated that Courtney does't like math. Mrs. Phister-Cartwright provided the team with some math strategies to assist Courtney to get more involved in her math skills. Mrs. Guzman stated that some time

### DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### WASHINGTON, DC

MDT REFERRAL DATE: _____  **MULTIDISCIPLINARY TEAM (MDT)**  Page: ____ of ____
**CONTINUATION MEETING NOTES**
MEETING TYPE: Annual IEP/Reevaluation Prep

STUDENT: Courtney Robinson   SCHOOL: Ludlow-Taylor   DATE: 9/12/06

Courtney can become talkative in class or become a little distracted. Ms. Robinson stated that Courtney become more involved when she is involved with that suggest treats or selective treats.

Ms. Barnes (Sp. Ed. Teacher) stated that Courtney likes to learn and Courtney enjoy working with her little classmates. Furthermore, Ms. Barnes discussed the up-coming goals for Courtney in math, reading and written expression. More so Ms. Barnes shared with the parent that she encourages Courtney to read more and work on the part of speech. Ms. Fabian stated that she is trying to get Courtney a ____ to assist her academically. Ms. Kinsler (psy) stated that they will be working with Courtney on her social & emotional goals. Based on the team, Courtney will continue to eligible for specialized instruction & related services. Furthermore Ms. Robinson is pleased with Courtney's school placement and her new class teacher. Mr. Hamilton, stated that he was pleased with the academic goals.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE _____     MULTIDISCIPLINARY TEAM (MDT)     Page ___ of ___
CONTINUATION MEETING NOTES
MEETING TYPE: Annual / Reevaluation

STUDENT Courtney Robinson ___ SCHOOL Ludlow-Taylor ___ DATE 9-12-2006

## Report from Teacher(s)

I have known her for two weeks. So far, I have observed that she is willing to work. Does her homework. She raises her hand if she needs help. She has the tendency to talk with her classmate but she listens to me when I asked her to stop. She was not disrespectful to me. She's a little playful.

General Education — Mrs. A. de Guzman

I have known Countney for the beginning two weeks of school. I have observed Countney as a respectful and eager to learn student. She will ask for assistance when needed. She is capable of learning.

Special Education Teacher —
Rebecca C Ba___

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
**SPECIAL EDUCATION**

MULTIDISCIPLINARY TEAM
**(MDT)**
**Meeting Notice**                                            Date: 09/12/2006

**Letter of Invitation**          Re :   Courtney     Robinson

Dear  Ms. Robinson

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Other invited participants are listed under MDT members.

Place/Location:

| |
|---|
| Ludlow Taylor ES --Conference  Room<br>659 G Street NE<br>Washington, DC  20018 |

**Please check ONE date for confirmation, SIGN and return this form to the school by :**  09/21/2006

☐ Date: 09/12/2006     Time: 10:30 am  ; or

☐ Date: 10/01/2006     Time: 11:00 am  ; or

☐ Date: 10/21/2006     Time: 1:30 pm

(Meeting date and time has already been confirmed with the parent. Confirmation will be sent with this Invitation.  ☐ )

If a suggested meeting time is inconvenient, please call the counselor and/or special education coordinator for a mutual time to address the concerns. Participation by teleconference may be requested if other arrangements prove to be unsuccessful.

**\*The purpose of this meeting is to:**

☒ **\*\*develop/review IEP** (including consideration of extended school year (ESY) services      ☐ **\*\*discuss CompEd**

☒ **\*\*review evaluation or reevaluation information**      ☒ discuss placement      ☐ **\*consider transition services needs**

☐ develop the student evaluation plan (SEP)      ☐ determine manifestation      ☐ discuss quarterly review

☒ discuss documented levels of service      ☐ discuss eligibility      ☐ behavior plan review

☐ discuss consent for evaluations      ☐ discuss transfer      ☐ discuss request for evaluation(s)

☐ discuss termination of service(s)      ☒ discuss Personal Health Information (PHI)

☐ **\*\*review records to support the completion of services as follows:**

☐ Graduated      ☐ Certification of IEP      ☐ Aged Out      ☐ Deceased      ☐ Moved out of Jurisdiction

☐ Completion of IEP Requirements      ☐ Dropped Out      ☐ Other:

**\*\*Placement will be discussed.**

MDT Members:   ☒ **Principal or Designee**      ☒ **General Education Teacher**      ☐ **Psychologist**

☒ **Parent**      ☒ **Special Education Teacher**      ☐ **Other:**

☒ **LEA Representative**      ☐ **Speech and Language**      _____

☐ **Student**      ☐ **Social Worker**      _____

Parents may bring individuals to participate in the MDT meeting. These participants should have knowledge or special expertise regarding the child. The following individuals invited by parent: _____

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact

____Ms. Brenda Clark, Special Educatiion Coordinat__ at __(202) 698-3244____ (school telephone number).

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

\* _____          \* _____

**See attachments, when appropriate, for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

2nd Notice Date:          Notice Type:          Details          Respond By

3rd Notice Date:          Notice Type:          Details          Respond By

**\*After the third attempt to contact the parent, the meeting will be held without further notice.**

**Please sign below and return this page to the school.**

Parent/Guardian/Surrogate Signature _____          Date _____

I acknowledge receipt of the Procedural Safeguards for parents (due process procedures).     ☐ Yes     ☐ No

# EXHIBIT 9

| Date | Service provided |
|------|------------------|
| 10/05/05 | No- consult with regular ed teacher |
| 1/25/05 | No- school closed |
| 2/14/05 | Yes- 25 minutes |
| 1/2/06 | No- school closed |
| 2/08/06 | Yes- 30 minutes |
| 3/23/06 | No- consult with regular ed teacher |
| 4/06/06 | No- school closed |
| 4/12/06 | No- school closed |
| 4/14/06 | No- school closed |
| 4/24/96 | No- spring testing |
| 4/25/06 | No- spring testing |
| 4/26/06 | No spring testing |
| 5/24/06 | No- provider unavailable – attending other meeting |
| 6/7/06 | No- provider unavailable attending other meeting |

**Summary of related service logs/ tracking forms for Counseling Services provided**

Total for 2005/2006 SY- 30 minutes

**SERVICE TICKET**

| | | Encore Student ID : | 20848214 | |
|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| **Student :** | ROBINSON, COURTNEY | **Student ID:** | 9051571 | **DOB:** | 12/31/1995 |
| **Social Security Number :** | 578278323 | **School Code :** | 271 | **School Name :** | Ludlow-Taylor Elementary |
| **Primary Disability :** | Learning Disability | **District Code :** | DCPS | **District Name :** | Washington DC Public Schools |

| | | | | |
|---|---|---|---|---|
| **Actual Provider :** | SQUIREWELL, DEBORAH | | **Provider ID :** | 98122693 |
| **Provider Type Code :** | 18 | | **District Code :** | DCPS |
| **Servicing School Code :** | 271 | | | |

**IEP Date Developed :**   11/03/2005         **IEP Service Code:**   Psychological Services

### Document All Services As Instructed

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 05/24/2006 | Problems with Learning | 1 | 30 | Social Work Sevices/Treatment-Individual-1-44 min | Provider Unavailable - Attending Other Meeting | 1 | Continue | See notes below |

**Additional Progress Notes :**   Provider was in a meeting.

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 06/07/2006 | Problems with Learning | 1 | 30 | Social Work Sevices/Treatment-Individual-1-44 min | Provider Unavailable - Attending Other Meeting | 1 | Continue | See notes below |

**Additional Progress Notes :**   Provider was in a meeting.

Provider Signature   *Deborah Squirewell*   DCP, MSW, MA, LGSU, LPC, C  **Credentials**   **Date Signed**   6/8/06

Supervisor Signature _____   **Credentials** ____   **Date Signed** ____

N: `R` `o` `b` `i` `n` `s` `o` `b` | Student FN: `C` `h` `u` `b` `t` `h` `l` `e` `y`

D: `9` `0` `5` `7` `5` `7` `1` | Social Security No: | DOB: `7` `2` `3` `1` `9` `5`

...de: `2` `7` `1` | School Name: `L` `u` `d` `l` `o` `w` ` ` `I` `t` `a` `l` `y` ` ` `e` `l` `z` | Primary Disability: `L` `D`

LN: `S` `q` `u` `i` `r` `e` `w` `d` | Provider FN: `D` `e` `b` `o` `r` `a` `h` | Provider Code: `7` `5` `6`

School Code: `2` `7` `1` | School District: `W` `D` `C` | Provider ID: ▮▮▮▮▮▮▮▮

...rvice - Actual Start Date: `1` `2` `2` `9` `0` `4` | IEP Service Code: `0` `1` `2` | Presenting Problem: `M` `9` `0` ` ` `0`

...ment Order Date:

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| `2` `4` `0` `6` | `9` `0` `8` `0` `4` - `A` `J` `B` | `0` `6` | `0` `0` `0` | `0` `1` | `1` `0` | |
| ss Notes (Continued) | *No consultation Spring testing.* | | | | | | |
| `2` `5` `0` `6` | `9` `0` `8` `0` `4` - `A` `J` `B` | `0` `6` | `0` `0` `0` | `0` `1` | `1` `0` | |
| ss Notes (Continued) | *No consultation. Spring testing.* | | | | | | |
| `2` `6` `0` `6` | `9` `0` `8` `0` `4` - `A` `J` `B` | `0` `6` | `0` `0` `0` | `0` `1` | `1` `0` | |
| ss Notes (Continued) | *No consultation. Spring testing.* | | | | | | |
| | | | | | | | |
| ss Notes (Continued) | | | | | | | |

...RED:

...ng this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

...r Signature: *Deborah Squireed* Credentials: DCCP, msw, mA, LCSW, LPC, CCFU    Date Signed: `4` `26` `06`

...isor's Signature: _____ Credentials _____ Date Signed: ___/___/___

**ENCOUNTER TRACKER FORM**
School Year 2004-2005

Client LN: `R o b i n s o n` Student FN: `C o u r t n e y`

Client ID: `9 0 5 7 5 7` Social Security No: `5 7 8 2 7 8 3 2 3` DOB: `1 2 3 1 9 5`

School Code: `2 7 1` School Name: `L u d l o w T a y l o r` Primary Disability: `L D`

Provider LN: `S q u i r e w e l l` Provider FN: `D e b o r a h` Provider Code: `7 5 0`

Servicing School Code: `2 7 1` School District: `W D C` Provider ID: ▓▓▓▓▓▓▓

IEP Service – Actual Start Date: `1 2 2 9 0 4` IEP Service Code: `0 1 2` Presenting Problem: `V 4 0 . 0`

Assessment Order Date:

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 4 0 6 0 6 | 9 0 8 0 4 - A J | F | 0 1 | 0 6 0 | 0 1 | 1 0 | |

Progress Notes (Continued)

*School closed. Spring Vacation.*

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 4 1 2 0 6 | 9 0 8 0 4 - A J | F | 0 1 | 0 0 0 | 0 1 | 1 0 | |

Progress Notes (Continued)

*School closed. Spring Vacation.*

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 4 1 4 0 6 | 9 0 8 0 4 - A J | F | 0 1 | 0 0 0 | 0 1 | 1 0 | |

Progress Notes (Continued)

*School closed. Spring Vacation.*

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

REQUIRED:

By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Provider Signature: *Deborah Squirewell* Credentials *ma LCSW, DCCP MSW, LPC CCFC* Date Signed: `4 15 06`

Supervisor's Signature: _____ Credentials _____ Date Signed: _/_/_

September 2004

| R | o | b | i | n | s | o | n |   |   |   | Student FN | C | o | u | r | t | n | e | y |   |

| 9 | 0 | 5 | 7 | 5 | 7 | Social Security No: | | | | | | | | | DOB | 1 | 2 | 3 | 9 | 5 |

| 2 | 7 | 1 | School Name | L | y | d | i | o | w |   | I | t | a | l | i | a | n |   | Primary Disability: | L | D |

| S | q | u | i | r | e | w | e | l | l | Provider FN | D | e | b | o | r | a | h | Provider Code: | 7 | 5 | 6 |

chool Code: | 2 | 7 | 1 |    School District | W | O | C |    Provider ID ▨▨▨▨▨▨

ce - Actual Start Date: | 1 | 2 | 2 | 0 | 4 |  IEP Service Code | 0 | 1 | 2 |  Presenting Problem | 1 | 4 | 0 | 0 |
nt Order Date:

| of Service (mmddyy) | | | | | | Procedure Code/Modifier | | | | | | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3 | 0 | 6 | 9 | 0 | 8 | 0 | 4 | - | A | J | C | 0 | 3 | 0 2 0 | 0 1 | 1 0 | |

Notes (Continued):

*Consultation with regular education teacher revealed that Courtney was experiencing difficulty concentrating in her classroom setting. It was indicated*

*that a death of a loved one may have caused some regress in her academic progre*

| : of Service (mmddyy) | | | | | | Procedure Code/Modifier | | | | | | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

Notes (Continued):

| : of Service (mmddyy) | | | | | | Procedure Code/Modifier | | | | | | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

Notes (Continued):

| : of Service (mmddyy) | | | | | | Procedure Code/Modifier | | | | | | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

Notes (Continued):

EO:

this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Signature: *Deborah Squirewell*    Credentials: *DCCP, MSW, MA, LCSW, LPC, CCFC*    Date Signed: 3 23 06

c's Signature: _____    Credentials _____    Date Signed: __/__/__

September 2004

Student LN: R o b i n s o n    Student FN: C o u r t n e y

Student ID: 9 0 5 7 5 7 1   Social Security No: 5 7 8 2 7 8 3 2 3   DOB: 1 2 3 1 9 5

District Code: 2 7 1   School Name: L u d l o w T a y l o r   Primary Disability: L D

Provider LN: S q u i r e w e l l   Provider FN: D e b o r a h   Provider Code: 7 5 0

Reporting School Code: 2 7 1   School District: W D C   Provider ID: ▓▓▓▓▓▓▓

IEP Service – Actual Start Date/ 1 2 2 9 0 4   IEP Service Code: 0 1 2   Presenting Problem: V 4 0 . 0
Assessment Order Date:

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 2 0 8 0 6 | 9 0 8 0 4 - A J | C | U 3 | 0 3 0 | 0 1 | 1 0 | |

Progress Notes (Continued) *Courtney still has difficulty with shutting down & then she has a new task. However she enjoys taking leadership roles in her classroom and school environment*

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

REQUIRED:

By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Provider Signature: _Deborah Squirewell_ Credentials DCCP MSW MA LCSW UPC CCFC Date Signed: 2 15 06

Supervisor's Signature: _____ Credentials _____ Date Signed: __/__/__
September 2004

# ENCOUNTER TRACKER FORM
## School Year 2004-2005

Student LN: `R o b i n s o n` Student FN: `C o u R t n e y`

Student ID: `9 0 5 7 5 7 1` Social Security No: `5 7 8 2 7 8 3 2 3` DOB: `1 2 3 1 9 5`

School Code: `2 7 1` School Name: `L u d l o w T a y l o R` Primary Disability: `L D`

Provider LN: `S q u i r e w e l l` Provider FN: `D e b o R a h` Provider Code: `7 5 0`

Servicing School Code: `2 7 1` School District: `W D C` Provider ID: 

IEP Service – Actual Start Date: `1 2 2 9 0 4` IEP Service Code: `0 1 2` Presenting Problem: `V 4 0 . 0`

Assessment Order Date:

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 0 2 06 | 9 0 8 0 4 - A J | F | 0 1 | 0 0 0 | 0 | 1 | 9 | |

Progress Notes (Continued)  *School closed Winter Vacation.*

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

REQUIRED:

signing this form, I verify that all the information contained on this document is true and accurate.  Any misrepresentation may result in disciplinary action

Provider Signature: *Deborah Squirewell*  Credentials `DCCP MSW ma LbSW UPC CCFC`  Date Signed: `1 3 06`

Supervisor's Signature: _____ Credentials _____ Date Signed: ___/___/___

September 2004

**r LN:** R o b i n s o n  **Student FN:** C o u R t n e y

**t ID:** 9 0 5 7 5 7 1  **Social Security No:** 5 7 8 2 7 8 3 2 3  **DOB:** 1 2 3 1 9 5

**Code:** 2 7 1  **School Name:** L u d l o w T a y l o R  **Primary Disability:** L D

**er LN:** S q u i r e w e l l  **Provider FN:** D e b o R a h  **Provider Code:** 7 5 0

**ng School Code:** 2 7 1  **School District:** W D C  **Provider ID:** ▓▓▓▓▓▓▓▓

**Service – Actual Start Date:** 1 2 2 9 0 4  **IEP Service Code:** 0 1 2  **Presenting Problem:** V 4 0 . 0
**ssment Order Date:**

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 4 0 5 | 9 0 8 0 4 - A S | C | 0 | 3 0 2 5 | 0 1 | 1 0 | |

ess Notes (Continued)

Courtney's attentive skills have been better during the month. She utilized self confidence evidenced in her ability to make this morning announcements for the entire school.

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

ess Notes (Continued)

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

ess Notes (Continued)

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

ess Notes (Continued)

**IRED:**

ing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

**er Signature:** _Deborah Squirewell_  **Credentials** ma LCSW JCCP msw LPC CCFC  **Date Signed:** 12/15/05

**visor's Signature:** _____  **Credentials** _____  **Date Signed:** ___/___/___
September 2004

LN: `R` `o` `b` `i` `n` `s` `o` `n`    Student FN: `C` `o` `u` `r` `t` `n` `e` `y`

ID: `9` `0` `5` `7` `5` `7`   Social Security No: `5` `7` `8` `2` `7` `8` `3` `2` `3`   DOB: `1` `2` `3` `1` `9` `5`

Code: `2` `7`    School Name: `L` `u` `d` `l` `o` `w` `T` `a` `y` `l` `o` `r`    Primary Disability: `L` `D`

LN: `S` `q` `u` `i` `r` `e` `w` `e` `l` `l`    Provider FN: `D` `e` `b` `o` `r` `a` `h`   Provider Code: `7` `5` `0`

g School Code: `2` `7`    School District: `W` `D` `C`   Provider ID: ▮▮▮▮▮▮▮▮▮▮

Service – Actual Start Date/ `1` `2` `2` `9` `0` `4`  IEP Service Code: `0` `1` `2`  Presenting Problem: `V` `4` `0` `0`
ment Order Date:

| Date of Service (mmddyy) | | | | | | Procedure Code/Modifier | | | | | | | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| `1` | `8` | `0` | `5` | | | `9` | `0` | `8` | `0` | `4` | - | `A` `J` `F` | `0` `1` | `0` `0` `0` | `0` `1` | `1` `0` | |

s Notes (Continued)

*School Closed. Parent Conference Day*

| Date of Service (mmddyy) | | | | | | Procedure Code/Modifier | | | | | | | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| `2` | `5` | `0` | `5` | | | `9` | `0` | `8` | `0` | `4` | - | `A` `J` `F` | `0` `1` | `0` `0` `0` | `0` `1` | `1` `0` | |

s Notes (Continued)

*School closed. Thanksgiving Day.*

| Date of Service (mmddyy) | | | | | | Procedure Code/Modifier | | | | | | | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | - | | | | | | |

s Notes (Continued)

| Date of Service (mmddyy) | | | | | | Procedure Code/Modifier | | | | | | | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | - | | | | | | |

s Notes (Continued)

RED:

g this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Signature: *Deborah Squirewell*    Credentials `ma  LbSw`  Date Signed: `11 26 05`
                                                              JCCP MSW
                                                              LPC CCFC

or's Signature: _____    Credentials _____  Date Signed: ___ ___ ___

September 2004

# ENCOUNTER TRACKER FORM
## School Year 2004-2005

Student LN: R o b i n s o n   Student FN: C o u R t n e y

Student ID: 9 0 5 7 5 7 1   Social Security No: 5 7 8 2 7 8 3 2 3   DOB: 1 2 3 1 9 5

School Code: 2 7 1   School Name: L u d l o w T a y l o R   Primary Disability: L D

Provider LN: S q u i r e w e l l   Provider FN: D e b o R a h   Provider Code: 7 5 0

Servicing School Code: 2 7 1   School District: W D C   Provider ID: ▓▓▓▓▓▓▓▓

IEP Service – Actual Start Date: 1 2 2 9 0 4   IEP Service Code: 0 1 2   Presenting Problem: V 4 0 . 0

Assessment Order Date:

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 0 0 5 0 5 | 9 0 8 0 4 - A T | C | 0 4 | 0 2 5 | 0 1 | 1 0 | |

Progress Notes (Continued)

*This writer had a consulation with Courtney's regular education teacher. This writer observed the student's abilite to stay on a given task and to raise her hand appropria in the classroom setting.*

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Progress Notes (Continued)

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

REQUIRED:

signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Provider Signature: _Deborah Squirewell_   Credentials MA LbSW   DCCP MSW   LPC CCFC   Date Signed: 10 6 05

Supervisor's Signature: _____   Credentials _____   Date Signed: _____

September 2004

# EXHIBIT 10

| Date: | Service Provided |
|-------|------------------|
| 9/13/05 | Yes- 30 minutes |
| 9/20/05 | Yes 30 minutes |
| 9/27/05 | Yes- 30 minutes |
| 10/4/05 | Yes 30 minutes |
| 10/5/05 | Yes 30 minutes |
| 10/11/05 | Yes- 30 minutes |
| 10/18/05 | Yes- 30 minutes |
| 10/20/05 | No- admin duties |
| 10/25/05 | Yes 30 minutes |
| 11/1/05 | Yes minutes |
| 11/3/05 | No- participated in IEP meeting |
| 11/30/05 | No- consult with teacher |
| 12/13/05 | 75 minutes ( 11 students in class) |
| 1/31/06 | No- writing report |
| 3/7/06 | Yes- 30 minutes |
| 4/06/06 | No- consult with staff |
| 5/9/06 | No consult w teacher |
| 6/1/06 | No- consult w teacher |

**Summary of related service logs/ tracking forms for Speech Services provided**

Total- 2005/2006 SY- 6 hours

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION SERVICES**
**LUDLOW-TAYLOR ELEMENTARY SCHOOL**
**QUARTERLY PROGRESS REPORT: 3rd QUARTER**

Name:  Courtney Robinson
Student ID#:  9051571
DOB:  12/31/95
Grade:  5th

**Goals/Objectives:**
1.  Courtney will improve auditory comprehension to a level as specified by the objective below:
    - Courtney will use compensatory strategies to answer questions about stories and/or summarize stories, with 80% accuracy.
      **Progress:  Excellent progress.  Gains from last quarter maintained.**

**Comments:**
Courtney has maintained the gains made during the previous quarter.

Eva B. Gustafson, CCC-SLP                                          3/24/06
Printed Name                    Signed Name                       Date

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION SERVICES**
**LUDLOW-TAYLOR ELEMENTARY SCHOOL**
**QUARTERLY PROGRESS REPORT: 2nd QUARTER**

Name: Courtney Robinson
Student ID#: 9051571
DOB: 12/31/95
Grade: 5th

**Goals/Objectives:**

1. Courtney will improve auditory comprehension to a level as specified by the objective below:
   - Courtney will use compensatory strategies to answer questions about stories and/or summarize stories, with 80% accuracy.
     **Progress: Excellent progress. Successfully demonstrates ability to paraphrase/visualize orally presented information and uses the information to answer questions correctly.**

**Comments:**

Courtney demonstrates excellent progress regarding her ability to use strategies to improve her auditory comprehension. When engaged in an activity, she actively participates and demonstrates her ability to succeed. She is a pleasure to work with.

| Eva B. Gustafson, CCC-SLP | [signature] | ~~1/20/06~~ 1/31/06 |
|---|---|---|
| Printed Name | Signed Name | Date |

**SERVICE TICKET**

| | | Encore Student ID : | 20848214 |
|---|---|---|---|

| Student : | ROBINSON, COURTNEY | Student ID: | 9051571 | DOB: | 12/31/1995 |
|---|---|---|---|---|---|
| Social Security Number : | 578278323 | School Code : | 271 | School Name : | Ludlow-Taylor Elementary |
| Primary Disability : | Learning Disability | District Code : | DCPS | District Name : | Washington DC Public Schools |

| Actual Provider : | GUSTAFSON, EVA | Provider ID : | 98123480 |
|---|---|---|---|
| Provider Type Code : | 04 | District Code : | DCPS |
| Servicing School Code : | 271 | | |

| IEP Date Developed : | 11/29/2004 | IEP Service Code : | Speech-Language |
|---|---|---|---|

### Document All Services As Instructed

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 01/31/2006 | Developmental Speech or Lang Disorder | 1 | 15 | Written Quarterly/ Annual Progress Report | Administrative Duties - Writing Quarterly Progress Notes | 0 | | See notes below |

**Additional Progress Notes :**   reviewed progress;wrote quarterly progress note and report card

Provider Signature _____ Credentials _____ Date Signed 6/13/06

Supervisor Signature _____ Credentials _____ Date Signed _____

Student :   ROBINSON, COURTNEY                    Page 1 of 1

Secure Student ID :    20848214

| Student : | ROBINSON, COURTNEY | Student ID: | 9051571 | DOB: | 12/31/1995 |
|---|---|---|---|---|---|
| Social Security Number : | 578278323 | School Code : | 271 | School Name : | Ludlow-Taylor Elementary |
| Primary Disability : | Learning Disability | District Code : | DCPS | District Name : | Washington DC Public Schools |

| Actual Provider : | GUSTAFSON, EVA | Provider ID : | 98123480 |
|---|---|---|---|
| Provider Type Code : | 04 | District Code : | DCPS |
| Servicing School Code : | 271 | | |

IEP Date Developed :    11/29/2004        IEP Service Code:    Speech-Language

### Document All Services As Instructed

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 03/07/2006 | Developmental Speech or Lang Disorder | 1 | 30 | Speech/Language Services/Treatment -Group | Worked With - Student | 2 | Continue | See notes below |

Additional Progress Notes :    paraphrased orally presented paragraphs in stories with 80% accuracy.  answered questions regarding the stories with 75% accuracy.

Provider Signature _____ Credentials  CCC-SLP    Date Signed  6/13/06

Supervisor Signature _____ Credentials _____  Date Signed _____

Student :    ROBINSON, COURTNEY                Page 1 of 1

| | | | | | |
|---|---|---|---|---|---|
| | | Encore Student ID : | 20848214 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Student : | ROBINSON, COURTNEY | Student ID: | 9051571 | DOB: | 12/31/1995 |
| Social Security Number : | 578278323 | School Code : | 271 | School Name : | Ludlow-Taylor Elementary |
| Primary Disability : | Learning Disability | District Code : | DCPS | District Name : | Washington DC Public Schools |

| | | | |
|---|---|---|---|
| Actual Provider : | GUSTAFSON, EVA | Provider ID : | 98123480 |
| Provider Type Code : | 04 | District Code : | DCPS |
| Servicing School Code : | 271 | | |

| | | | |
|---|---|---|---|
| IEP Date Developed : | 11/15/2005 | IEP Service Code: | Speech-Language |

## Document All Services As Instructed

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 04/06/2006 | Developmental Speech or Lang Disorder | 1 | 30 | Contact with School Staff | Consultation With - General Education Teacher | 0 | Continue | See notes below |

Additional Progress Notes :     gains maintained.

| | | | |
|---|---|---|---|
| Provider Signature | [signature] | Credentials CCC-SLP | Date Signed  6/13/06 |
| Supervisor Signature | | Credentials | Date Signed |

**SERVICE TICKET**

Encore Student ID :          20848214

| | | | | |
|---|---|---|---|---|
| Student : | ROBINSON, COURTNEY | Student ID: | 9051571 | DOB: 12/31/1995 |
| Social Security Number : | 578278323 | School Code: | 271 | School Name : Ludlow-Taylor Elementary |
| Primary Disability : | Learning Disability | District Code : | DCPS | District Name : Washington DC Public Schools |

| | | | |
|---|---|---|---|
| Actual Provider : | GUSTAFSON, EVA | Provider ID : | 98123480 |
| Provider Type Code : | 04 | District Code : | DCPS |
| Servicing School Code : | 271 | | |

IEP Date Developed :    11/15/2005          IEP Service Code :    Speech-Language

### Document All Services As Instructed

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 05/09/2006 | Developmental Speech or Lang Disorder | 1 | 30 | Contact with School Staff | Consultation With - Special Education Teacher | 0 | Continue | See notes below |

Additional Progress Notes :    consulted with special education teacher. gains maintained

Provider Signature _____ Credentials CCC-SLP    Date Signed    6/13/06

Supervisor Signature _____ Credentials    Date Signed _____

Student :    ROBINSON, COURTNEY                     Page 1 of 1

| | | | | | |
|---|---|---|---|---|---|
| | | | Encore Student ID : | 20848214 | |
| Student : | ROBINSON, COURTNEY | Student ID : | 9051571 | DOB : | 12/31/1995 |
| Social Security Number : | 578278323 | School Code : | 271 | School Name : | Ludlow-Taylor Elementary |
| Primary Disability : | Learning Disability | District Code : | DCPS | District Name : | Washington DC Public Schools |

| | | | |
|---|---|---|---|
| Actual Provider : | GUSTAFSON, EVA | Provider ID : | 98123480 |
| Provider Type Code : | 04 | District Code : | DCPS |
| Servicing School Code : | 271 | | |

IEP Date Developed :  11/15/2005        IEP Service Code :  Speech-Language

## Document All Services As Instructed

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 06/01/2006 | Developmental Speech or Lang Disorder | 1 | 30 | Contact with School Staff | Consultation With - General Education Teacher | 0 | Continue | See notes below |

Additional Progress Notes :    consulted with teacher; communication gains maintained

Provider Signature _____ CCC-SLP Credentials _____  Date Signed ___6/13/06___

Supervisor Signature _____ Credentials _____  Date Signed _____

Student :   ROBINSON, COURTNEY                    Page 1 of 1

**SERVICE TICKET**

Encore Student ID :     20848214

| | | | | | |
|---|---|---|---|---|---|
| **Student :** | ROBINSON, COURTNEY | **Student ID:** | 9051571 | **DOB:** | 12/31/1995 |
| **Social Security Number :** | 578278323 | **School Code :** | 271 | **School Name :** | Ludlow-Taylor Elementary |
| **Primary Disability :** | | **District Code :** | DCPS | **District Name :** | Washington DC Public Schools |

| | | | |
|---|---|---|---|
| **Actual Provider :** | GUSTAFSON, EVA | **Provider ID :** | 98123480 |
| **Provider Type Code :** | 04 | **District Code :** | DCPS |
| **Servicing School Code :** | 271 | | |

**IEP Date Developed :**     11/29/2004          **IEP Service Code:**     Speech-Language

## Document All Services As Instructed

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 09/13/2005 | Developmental Speech or Lang Disorder | 1 | 30 | Speech/Language Services/Treatment –Group | Worked With – Student | 2 | Continue | Prescription exist |

**Additional Progress Notes :**     segmented oral sentences by clapping with 50% accuracy.

**Provider Signature**  _(signature)_  **Credentials**  CCC-SLP     **Date Signed**  9/9/06

**Supervisor Signature**  _____  **Credentials** _____  **Date Signed** _____

Student :     ROBINSON, COURTNEY                    Page 1 of 1

**SERVICE TICKET**

Encore Student ID :        20848214

| | | | | | |
|---|---|---|---|---|---|
| **Student :** ROBINSON, COURTNEY | | **Student ID :** 9051571 | | **DOB :** 12/31/1995 | |
| **Social Security Number :** 578278323 | | **School Code :** 271 | | **School Name :** Ludlow-Taylor Elementary | |
| **Primary Disability :** | | **District Code :** DCPS | | **District Name :** Washington DC Public Schools | |

| | | |
|---|---|---|
| **Actual Provider :** GUSTAFSON, EVA | **Provider ID :** 98123480 | |
| **Provider Type Code :** 04 | **District Code :** DCPS | |
| **Servicing School Code :** 271 | | |

**IEP Date Developed :** 11/29/2004       **IEP Service Code :**   Speech-Language

### Document All Services As Instructed

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 09/20/2005 | Developmental Speech or Lang Disorder | 1 | 30 | Speech/Language Service/Treatment- Individual | Worked With - Student | 1 | Continue | See notes below |

**Additional Progress Notes :**   segmented oral sentences with clapping for each word with 30% accuracy.

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 09/27/2005 | Developmental Speech or Lang Disorder | 1 | 30 | Speech/Language Service/Treatment- Individual | Worked With - Student | 2 | Continue | See notes below |

**Additional Progress Notes :**   segmented oral sentences with clapping for each word with 90% accuracy.

**Provider Signature** _Eva Brunhof_    CCC-SLP **Credentials** ____   **Date Signed** 2/2/06

**Supervisor Signature** ____   **Credentials** ____   **Date Signed** ____

**Student :**   ROBINSON, COURTNEY                    Page 1 of 1

**SERVICE TICKET**

Eucore Student ID :     20848214

| Student : | ROBINSON, COURTNEY | Student ID: | 9051571 | DOB: | 12/31/1995 |
|---|---|---|---|---|---|
| Social Security Number : | 578278323 | School Code : | 271 | School Name : | Ludlow-Taylor Elementary |
| Primary Disability : | | District Code : | DCPS | District Name : | Washington DC Public Schools |

| Actual Provider : | GUSTAFSON, EVA | | Provider ID : | 98123480 |
|---|---|---|---|---|
| Provider Type Code : | 04 | | District Code : | DCPS |
| Servicing School Code : | 271 | | | |

IEP Date Developed :     11/29/2004          IEP Service Code:     Speech-Language

## Document All Services As Instructed

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 10/04/2005 | Developmental Speech or Lang Disorder | 1 | 30 | Speech/Language Services/Treatment -Group | Worked With - Student | 2 | Continue | See notes below |

Additional Progress Notes :     used sequence words to retell an event with 55% accuracy.

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 10/06/2005 | Developmental Speech or Lang Disorder | 1 | 30 | Speech/Language Services/Treatment -Group | Worked With - Student | 2 | Continue | See notes below |

Additional Progress Notes :     demonstrated understanding and ability to complete cloze excercises with 80% accuracy.

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 10/11/2005 | Developmental Speech or Lang Disorder | 1 | 30 | Speech/Language Services/Treatment -Group | Worked With - Student | 2 | Continue | See notes below |

Additional Progress Notes :     named 6 items in vegetable category, 17 items in animals category, 12 items in fruit category, 9 means of transportation, in 1 minute timed trials. used sequence words to retell an event with 70% accuracy. used imagery, rephrasing, and repetition with 90% accuracy.

| Provider Signature | _Elizabeth_ | Credentials | CCC-SLP | Date Signed | 8/2/06 |
|---|---|---|---|---|---|
| Supervisor Signature | | Credentials | | Date Signed | |

Student :     ROBINSON, COURTNEY                    Page 1 of 1

**SERVICE TICKET**

| | |
|---|---|
| Encore Student ID : | 20848214 |

| Student : | ROBINSON, COURTNEY | Student ID : | 9051571 | DOB : | 12/31/1995 |
|---|---|---|---|---|---|
| Social Security Number : | 578278323 | School Code : | 271 | School Name : | Ludlow-Taylor Elementary |
| Primary Disability : | | District Code : | DCPS | District Name : | Washington DC Public Schools |

| Actual Provider : | GUSTAFSON, EVA | Provider ID : | 98123480 |
|---|---|---|---|
| Provider Type Code : | 04 | District Code : | DCPS |
| Servicing School Code : | 271 | | |

| IEP Date Developed : | 11/29/2004 | IEP Service Code : | Speech-Language |
|---|---|---|---|

## Document All Services As Instructed

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 10/18/2005 | Developmental Speech or Lang Disorder | 1 | 30 | Speech/Language Services/Treatment -Group | Worked With - Student | 2 | Continue | See notes below |

Additional Progress Notes : used association with 83% accuracy. used imagery/rephrasing with 70% accuracy. used imagery/rephrasing to answer questions regarding stories with 70% accuracy (details/main idea/inferencing/predictions). used imagery/rephrasing to retell a story with 60% accuracy.

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 10/20/2005 | Developmental Speech or Lang Disorder | 1 | 0 | Speech/Language Services/Treatment -Group | Administrative Duties - Attending Professional Development | 0 | | See notes below |

Additional Progress Notes : staff development at noyes e.s.

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 10/25/2005 | Developmental Speech or Lang Disorder | 1 | 30 | Speech/Language Services/Treatment -Group | Worked With - Student | 2 | Continue | Prescription exist |

Additional Progress Notes : used imagery/rephrasing with 85% accuracy. used imagery/rephrasing to answer questions regarding details/main idea/inferential information and predictions of an oral story, with 80% accuracy. used imagery/rephrasing to retell a story with 90% accuracy, using sequence words with 80% accuracy. used imagery to recall a story with 80-90% accuracy.

| | | | | |
|---|---|---|---|---|
| Provider Signature | _Eva Michal_ | CCC-SLP Credentials | Date Signed | 2/2/06 |
| Supervisor Signature | _____ | Credentials | Date Signed | _____ |

**SERVICE TICKET**

Encore Student ID :     20848214

| | | | | | |
|---|---|---|---|---|---|
| Student : | ROBINSON, COURTNEY | Student ID: | 9051571 | DOB: | 12/31/1995 |
| Social Security Number : | 578278323 | School Code : | 271 | School Name : | Ludlow-Taylor Elementary |
| Primary Disability : | | District Code : | DCPS | District Name : | Washington DC Public Schools |

| | | | |
|---|---|---|---|
| Actual Provider : | GUSTAFSON, EVA | Provider ID : | 98123480 |
| Provider Type Code : | 04 | District Code : | DCPS |
| Servicing School Code : | 271 | | |

IEP Date Developed :     11/29/2004          IEP Service Code:     Speech-Language

## Document All Services As Instructed

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 11/01/2005 | Developmental Speech or Lang Disorder | 1 | 30 | Speech/Language Services/Treatment -Group | Worked With - Student | 2 | Discontinue | See notes below |

**Additional Progress Notes :**    used extra thinking time, rehearsal, organization, writing, and a graphic organizer to assist with writing a short paragraph, with 80% accuracy.

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 11/03/2005 | Developmental Speech or Lang Disorder | 1 | 60 | Annual IEP Review Meeting | Administrative Duties - Attending an MDT/IEP Meeting for Student | 0 | | See notes below |

**Additional Progress Notes :**    annual review.  recommended decreasing service to 30 minutes per month of consultation due to student's significant overall progress and ability to communicate effectively.  new consultation goal reviewed with parent.  parent in agreement.

| | | | |
|---|---|---|---|
| Provider Signature | _[signature]_ | Credentials  CCC-SLP | Date Signed  2/2/06 |
| Supervisor Signature | | Credentials | Date Signed |

**SERVICE TICKET**

Encore Student ID :    20848214

| | | | | |
|---|---|---|---|---|
| **Student :** ROBINSON, COURTNEY | **Student ID:** | 9051571 | **DOB:** | 12/31/1995 |
| **Social Security Number :** 578278323 | **School Code :** | 271 | **School Name :** | Ludlow-Taylor Elementary |
| **Primary Disability :** | **District Code :** | DCPS | **District Name :** | Washington DC Public Schools |

| | | |
|---|---|---|
| **Actual Provider :** GUSTAFSON, EVA | **Provider ID :** | 98123480 |
| **Provider Type Code :** 04 | **District Code :** | DCPS |
| **Servicing School Code :** 271 | | |

**IEP Date Developed :**   11/29/2004    **IEP Service Code:**   Speech-Language

### Document All Services As Instructed

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 11/30/2005 | Developmental Speech or Lang Disorder | 1 | 30 | Contact with School Staff | Consultation With – Special Education Teacher | 0 | Continue | See notes below |

**Additional Progress Notes :**   consulted with special education teacher to plan a large group therapy session to address student's overall consultation goal within the classroom setting.

**Provider Signature** _____ Credentials  CCC-SLP    **Date Signed** ___2/8/06___

**Supervisor Signature** _____ Credentials _____ **Date Signed** _____

**SERVICE TICKET**

|  |  |  |  |
|---|---|---|---|
|  | Encore Student ID : | 20848214 |  |

| Student : | ROBINSON, COURTNEY | Student ID : | 9051571 | DOB : | 12/31/1995 |
|---|---|---|---|---|---|
| Social Security Number : | 578278323 | School Code : | 271 | School Name : | Ludlow-Taylor Elementary |
| Primary Disability : |  | District Code : | DCPS | District Name : | Washington DC Public Schools |

| Actual Provider : | GUSTAFSON, EVA |  | Provider ID : | 98123480 |
|---|---|---|---|---|
| Provider Type Code : | 04 |  | District Code : | DCPS |
| Servicing School Code : | 271 |  |  |  |

| IEP Date Developed : | 11/29/2004 | IEP Service Code : | Speech-Language |
|---|---|---|---|

### Document All Services As Instructed

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 12/13/2005 | Developmental Speech or Lang Disorder | 1 | 75 | Speech/Language Services/Treatment -Group | Worked With - Student/Teacher | 11 | Continue | See notes below |

Additional Progress Notes :   utilized visualization and relating new vocabulary to personal experiences in order to understand/retain information.

| Provider Signature | _[signature]_ | Credentials | CCC-SLP | Date Signed | 2/9/06 |
|---|---|---|---|---|---|
| Supervisor Signature | | Credentials | | Date Signed | |

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Michelle Robinson Parent and next of friend, C.R. minor | The District of Columbia, et al |
| | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF | (IN U.S. PLAINTIFF CASES ONLY) |
| (EXCEPT IN U.S. PLAINTIFF CASES) | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
| Tilman L. Gerald<br>James E. Brown & Associates, PLLC<br>1220 L Street, NW 7th Floor<br>Washington, DC 20005<br>202-742-2000 | |

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

| ○ A. Antitrust | ○ B. Personal Injury/ Malpractice | ○ C. Administrative Agency Review | ○ D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency Is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ○ E. General Civil (Other) | OR | ○ F. Pro Se General Civil |
|---|---|---|

| Real Property | Bankruptcy | Forfeiture/Penalty | |
|---|---|---|---|
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410 |
| **Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | **Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ⊙ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☒ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding    ○ 2 Removed from State Court    ○ 3 Remanded from Appellate Court    ○ 4 Reinstated or Reopened    ○ 5 Transferred from another district (specify)    ○ 6 Multi district Litigation    ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

20 USC 1400-1491 as amended Federal Question review of agency decision involving rights to Free Appropriate Public Education

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐    DEMAND $ _____    Check YES only if demanded in complaint    JURY DEMAND:    YES ☐    NO ☒

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☐    If yes, please complete related case form.

DATE  *1-3-07*    SIGNATURE OF ATTORNEY OF RECORD

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.