# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHELLE ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0005 (RMU) |
| ) | |
| DISTRICT OF COLUMBIA *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **DEFENDANTS' MOTION TO DISMISS**

Come now defendants, by counsel, and move this honorable Court to dismiss the Complaint pursuant to FRCP 12 (b)(1) on the grounds that the Complaint is barred by the applicable statute of limitations and the Court has no jurisdiction over the subject matter.

This case is an appeal of an administrative hearing officer's decision issued pursuant to the Individuals with Disabilities Education Improvement Act of 2004, ("IDEIA") 20 U.S.C. Sec. 1400 *et seq.* Because the IDEIA provides a 90-day limitations period for such actions, and since the Complaint herein was not filed within that 90-day period, the defendants request this Court to dismiss the Complaint with prejudice.

The grounds for said motion are more fully set forth in the accompanying Memorandum of Points and Authorities. A proposed order is also submitted herewith.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.,   Sixth Floor North
Washington, DC 20001
(202) 442-9842
FAX  -  (202) 727-3625
E-mail – maria.merkowitz@dc.gov

April 20, 2007

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MICHELLE ROBINSON,            )<br>                                                 )<br>         Plaintiff,                     )<br>                                                 )<br>     v.                                     )<br>                                                 )<br>DISTRICT OF COLUMBIA *et al*., )<br>                                                 )<br>         Defendants.                 )<br>                                                 ) | Civil Action No. 07-0005 (RMU) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS**

**INTRODUCTION AND BACKGROUND**

This action seeks review of an administrative decision by a Hearing Officer following a hearing conducted pursuant to the Individuals with Disabilities Education Improvement Act, 20 U.S.C. §1415(i)(2)(B). ("IDEIA"), on September 20, 2006. A decision by a Hearing Officer was issued on October 3, 2006. Plaintiffs filed the instant lawsuit on January 3, 2007, ninety-two days after the issuance of the Hearing Officer's Determination ("HOD").

**ARGUMENT**

**I.     Plaintiffs' claim is barred by the applicable statute of limitations**

The IDEIA provides that a party appealing an HOD "shall have 90 days from the date of the decision of the hearing officer to bring such an action, or, if the State has an explicit time limitation for bringing such action …, in such time as the State law allows." 20 U.S.C. Sec. 1415(i)(2)(B).

In the instant case the Hearing Officer issued his decision on October 3, 2006. Therefore, the appeal should have been filed on or before January 1, 2007. However, plaintiff did not file her complaint until January 3, 2007, after the statutory time had expired. Accordingly, plaintiff's Complaint is time barred and this Court has no jurisdiction over the subject matter. *See, e.*g., R.P. v. District of Columbia, No. 06-1497 (D.D.C. February 22, 2007); Anthony v. District of Columbia, No. 06-0192 (D.D.C. May 22, 2006).

## **CONCLUSION**

For the reasons set forth above, the Defendants submit that plaintiff's Complaint is barred by the applicable statute of limitations and that this Court has no jurisdiction to hear the matter. Accordingly, the Court should grant this motion and dismiss plaintiff's Complaint with prejudice.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.,  Sixth Floor North
Washington, DC 20001
(202) 442-9842
FAX  -  (202) 727-3625
E-mail – maria.merkowitz@dc.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MICHELLE ROBINSON, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 07-0005 (RMU) |
| DISTRICT OF COLUMBIA *et al.*, | ) | |
| Defendants. | ) | |

## **PROPOSED ORDER**

Upon consideration of Defendants' Motion to Dismiss, Plaintiff's Opposition to the same, and the entire record herein, it is this _____ day of _____ 2007, hereby

ORDERED, that defendant's Motion to Dismiss is GRANTED, and

IT IS FURTHER ORDERED, that Plaintiffs' Complaint is dismissed with prejudice.

_____

United States District Judge