# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MICHELLE ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0005 (RMU) |
| | ) | |
| DISTRICT OF COLUMBIA *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF WITHDRAWL OF MOTION

The Clerk of the Court will please withdraw defendants' Motion to Dismiss, filed on April 20, 2007.

>Respectfully submitted,
>
>LINDA SINGER
>Attorney General for the District of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General, Civil Litigation Division
>
>/s/ Edward P. Taptich
>EDWARD P. TAPTICH [012914]
>Chief, Equity, Section 2
>
>/s/ Maria L. Merkowitz
>MARIA L. MERKOWITZ [312967]
>Senior Litigation Counsel
>441 4th Street, N.W., Sixth Floor North
>Washington, DC 20001
>(202) 442-9842
>FAX - (202) 727-3625
>E-mail – maria.merkowitz@dc.gov

May 4, 2007